AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ADAM DRISIN )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 1:16-cv-24939-KMW
)
THE FLORIDA INTERNATIONAL UNIVERSITY )
BOARD OF TRUSTEES, a body corporate, et al. )
)
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Florida International University Board of Trustees, a body corporate
c/o Claudia Puig, as Chairperson, or in her absence on the corporate secretary
11200 S.W. 8th Street, PC-548
Miami, Florida 33199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Howard Jerome Levine, Esq.
c/o Law Office of Howard Levine
1560 Lenox Avenue
Suite 307
Miami Beach, Florida 33139

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Dec 1, 2016

Steven M. Larimore
Clerk of Court

s/ Lorraine Sandelin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-24939-KMW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____    _____
                               *Server's signature*

                               _____
                               *Printed name and title*

**SUMMONS**

Additional information regarding attempted service, etc:
Dec 1, 2016

Steven M. Larimore
Clerk of Court

s/ Lorraine Sandelin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ADAM DRISIN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:16-cv-24939-KMW |
| | ) | |
| THE FLORIDA INTERNATIONAL UNIVERSITY | ) | |
| BOARD OF TRUSTEES, a body corporate, et al. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Mark B. Rosenberg, Individually and as President of Florida International University
Florida International University
11200 S.W. 8th Street, PC-528
Miami, Florida 33199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Howard Jerome Levine, Esq.
c/o Law Office of Howard Levine
1560 Lenox Avenue
Suite 307
Miami Beach, Florida 33139

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Dec 1, 2016

s/ Lorraine Sandelin
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

k

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-24939-KMW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                              *Server's signature*

                              _____
                              *Printed name and title*



Additional information regarding attempted service, etc:

Dec 1, 2016

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Lorraine Sandelin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ADAM DRISIN | ) | |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No. 1:16-cv-24939-KMW |
| THE FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, a body corporate, et al. | ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SHIRLYON McWHORTER, Individually and as Title IX Coordinator
and Director of The Office of Equal Opportunity Programs and Diversity
Florida International University
11200 S.W. 8th Street, PC-321
Miami, Florida 33199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Howard Jerome Levine, Esq.
c/o Law Office of Howard Levine
1560 Lenox Avenue
Suite 307
Miami Beach, Florida 33139

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Dec 1, 2016

s/ Lorraine Sandelin
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

Civil Action No. 1:16-cv-24939-KMW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____    _____
                            *Server's signature*

                            _____
                            *Printed name and title*



Additional information regarding attempted service, etc:

Dec 1, 2016

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Lorraine Sandelin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ADAM DRISIN

*Plaintiff(s)*

v.   Civil Action No. 1:16-cv-24939-KMW

THE FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES, a body corporate, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brian Schriner, Individually and as Dean, College of Architecture + The Arts
Florida International University
11200 S.W. 8th Street, PCA-285
Miami, Florida 33199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Howard Jerome Levine, Esq.
c/o Law Office of Howard Levine
1560 Lenox Avenue
Suite 307
Miami Beach, Florida 33139

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Dec 1, 2016

s/ Lorraine Sandelin
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-24939-KMW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____    _____
                          *Server's signature*

                       _____
                          *Printed name and title*



Additional information regarding attempted service, etc:

Dec 1, 2016

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Lorraine Sandelin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ADAM DRISIN )
 )
 )
 )
*Plaintiff(s)* )
v. ) Civil Action No. 1:16-cv-24939-KMW
 )
THE FLORIDA INTERNATIONAL UNIVERSITY )
BOARD OF TRUSTEES, a body corporate, et al. )
 )
 )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kenneth Furton, Individually and as Provost, Executive Vice President & Chief Operating Officer
Florida International University
11200 S.W. 8th Street, PCA-285
Miami, Florida 33199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Howard Jerome Levine, Esq.
c/o Law Office of Howard Levine
1560 Lenox Avenue
Suite 307
Miami Beach, Florida 33139

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: __ Dec 1, 2016 __

Steven M. Larimore
Clerk of Court

s/ Lorraine Sandelin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-24939-KMW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

Additional information regarding attempted service, etc:

Dec 1, 2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ADAM DRISIN <br><br> *Plaintiff(s)* <br> v. <br> THE FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, a body corporate, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) Civil Action No. 1:16-cv-24939-KMW ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JAFFUS HARDRICK, Individually and as Vice President for Human Resources
International University
11200 S.W. 8th Street, PC-224
Miami, Florida 33199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Howard Jerome Levine, Esq.
c/o Law Office of Howard Levine
1560 Lenox Avenue
Suite 307
Miami Beach, Florida 33139

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: __ Dec 1, 2016 __

Steven M. Larimore
Clerk of Court

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-24939-KMW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                            _____
                                                  *Server's signature*

                                                  _____
                                                  *Printed name and title*



Additional information regarding attempted service, etc:

Dec 1, 2016

**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Lorraine Sandelin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ADAM DRISIN<br><br>*Plaintiff(s)*<br>v.<br>THE FLORIDA INTERNATIONAL UNIVERSITY<br>BOARD OF TRUSTEES, a body corporate, et al.<br><br>*Defendant(s)* | Civil Action No. 1:16-cv-24939-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Larry Lunsford, Individually and as Vice President for Student Affairs
Florida International University
11200 S.W. 8th Street, GC-219
Miami, Florida 33199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Howard Jerome Levine, Esq.
c/o Law Office of Howard Levine
1560 Lenox Avenue
Suite 307
Miami Beach, Florida 33139

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Dec 1, 2016

Steven M. Larimore
Clerk of Court

s/ Lorraine Sandelin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-24939-KMW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____       _____
                                    *Server's signature*

                                    _____
                                    *Printed name and title*

Additional information regarding attempted service, etc:

Dec 1, 2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Lorraine Sandelin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ADAM DRISIN<br><br>*Plaintiff(s)*<br>v.<br>THE FLORIDA INTERNATIONAL UNIVERSITY<br>BOARD OF TRUSTEES, a body corporate, et al.<br><br>*Defendant(s)* | Civil Action No. 1:16-cv-24939-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robert Jaross, Individually and as Director of Student Media
Florida International University
11200 S.W. 8th Street, GC-214
Miami, Florida 33199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Howard Jerome Levine, Esq.
c/o Law Office of Howard Levine
1560 Lenox Avenue
Suite 307
Miami Beach, Florida 33139

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: — Dec 1, 2016 —

Steven M. Larimore
Clerk of Court

s/ Lorraine Sandelin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-24939-KMW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: _____    _____
                          *Server's signature*

                          _____
                          *Printed name and title*

Additional information regarding attempted service, etc:

Dec 1, 2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Lorraine Sandelin
Deputy Clerk
U.S. District Courts