UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-24939-CIV-WILLIAMS

ADAM DRISIN,

    Plaintiff,

vs.

THE FLORIDA INT'L UNIVERSITY
BOARD OF TRUSTEES, et al.,

    Defendants.
_____/



## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation (DE 47) (the "Report") regarding Defendants' motion to dismiss (DE 42). Neither party filed objections to the Report. The Court has independently reviewed the thorough Report, the entire record, and applicable case law. Accordingly, it is **ORDERED AND ADJUDGED** that the Report is **AFFIRMED** and the analysis contained in the Report (DE 47) is **ADOPTED** and incorporated herein by reference. Defendants' motion to dismiss (DE 42) is **DENIED IN PART** and **GRANTED IN PART** as follows:

1. Defendants' motion to dismiss the hostile work environment claim in Count I of Plaintiff's amended complaint is **GRANTED with prejudice**.

2. Defendants' motion to dismiss Plaintiff's equal protection claim in Count III is **DENIED**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 15 day of May, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE