UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-24939-CIV-WILLIAMS

ADAM DRISIN,

    Plaintiff,

vs.

THE FLORIDA INT'L UNIVERSITY
BOARD OF TRUSTEES, *et al.*,

    Defendants.

_____/

## ORDER DISMISSING DEFENDANTS

**THIS MATTER** is before the Court on Plaintiff's notice of voluntary dismissal with prejudice of its claims against Defendant Mark Rosenberg and Defendant Kenneth Furton. (DE 69). Upon a review of the notice and the record, it is **ORDERED AND ADJUDGED** that Plaintiff's claims against Defendants Rosenberg and Furton are **DISMISSED with prejudice**.

The Parties agree that each shall each bear their own attorneys' fees and costs with respect to the claims asserted against Defendants Rosenberg and Furton.

**DONE AND ORDERED** in chambers in Miami, Florida, this 17 day of September, 2018.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE