Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-24939-KMW

ADAM DRISIN,

       Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES, a public body
corporate; MARK B. ROSENBERG, individually
and in his capacity as President of Florida
International University; SHIRLYON MCWHORTER
individually and in her capacity as Title IX
Coordinator and Director of the Office of Equal
Opportunity Programs and Diversity; KENNETH
FURTON; individually and in his capacity as
Provost Executive Vice President & Chief
Operating Officer; BRIAN SCHRINER, individually
and in his capacity as Dean, College of
Architecture + The Arts; and JAFFUS HARDRICK,
individually and in his capacity as Vice
President for Human Resources,

       Defendants.

601 Brickell Key Drive
Miami, Florida
July 24, 2018
3:01 p.m. - 4:31 p.m.

V I D E O T A P E D

D E P O S I T I O N

OF

LARISA SHERBAKOVA

Taken on Behalf of the Defendant
Pursuant to Notice of Taking Deposition

Drisin vs. Florida                                    July 24, 2018

## Page 2

```
 1
 2              APPEARANCES
 3  On behalf of the Plaintiff:
 4    HOWARD J. LEVINE, ESQ.
      The Law Offices of Howard Levine
 5    1560 Lenox Avenue
      Suite 307
 6    Miami Beach, Florida  33139
 7
    On behalf of the Defendant:
 8
      TERESA RAGATZ, ESQ.
 9    CHRISTOPHER M. YANNUZZI, ESQ.
      Isicoff Ragatz
10    601 Brickell Key Drive
      Suite 750
11    Miami, Florida  33131
12
    Also Present:
13
      OLIVER LEE, VIDEOGRAPHER
14    IRIS ELIJAH, ESQ.
15
              I N D E X
16
17  Witness          Direct  Cross  ReDirect
18  LARISA SHERBAKOVA
      (By Ms. Ragatz)    4      67
19    (By Mr. Levine)          60
20         E X H I B I T S
21  Defendant's Exhibit 1, Page 14
    Defendant's Exhibit 2, Page 17
22  Defendant's Exhibit 9, Page 31
    Defendant's Exhibit 13, Page 42
23  Defendant's Exhibit 36, Page 45
    Defendant's Exhibit 37, Page 51
24  Defendant's Exhibit 38, Page 53
25
```

## Page 3

```
 1        (Thereupon, the following proceedings were
 2  held:)
 3        THE VIDEOGRAPHER:  Okay.  In the case
 4  styled Adam Drisin versus Florida International
 5  University Board of Trustees, Mark B. Rosenberg,
 6  Shirlyon McWhorter, Kenneth Furton, and Brian
 7  Schriner, and Jaffus Hardrick, Case Number
 8  1:16-cv-24939-KMW.  This is the videotaped
 9  deposition of Larisa Sherbakova.
10        This deposition is taking place at 601
11  Brickell Key Drive, Miami, Florida, on July 24,
12  2018.  The time is now 3:01 p.m.
13        Our videographer is Oliver Lee.
14        Counsel will state their appearances for
15  the record, after which our court reporter, Sally,
16  will swear in the witness.
17        MR. LEVINE:  I'm Howard Levine.  I
18  represent the plaintiff, Adam Drisin.
19        MS. RAGATZ:  Teresa Ragatz and Christopher
20  Yannuzzi from Isicoff Ragatz on behalf of the
21  defendants in this case.  Also present is Iris
22  Elijah from general counsel's office of Florida
23  International University.
24  THEREUPON:
25              LARISA SHERBAKOVA
```

## Page 4

```
 1  was called as a witness and, having been duly sworn,
 2  was examined and testified as follows:
 3              DIRECT EXAMINATION
 4  BY MS. RAGATZ:
 5     Q.  Could you state your full name for the record,
 6  please?
 7     A.  Larisa Sherbakova.
 8     Q.  And that is S-H-E-R-B-A-K-O-V-A?
 9     A.  Correct.
10     Q.  What is your current address?
11     A.  1035 West Avenue, Apartment 403, Miami Beach,
12  Florida 33139.
13     Q.  How long have you resided there?
14     A.  About two years.
15     Q.  What is your date of birth?
16     A.  June 30, 1986.
17     Q.  Have you ever had your deposition taken
18  before?
19     A.  No.  My first time.  It is very unusual.
20     Q.  All right.  Let me explain a couple of the
21  rules of a deposition to you if you have never been
22  through the process before.
23         You understand that you just raised your hand
24  and took an oath to tell the truth?
25     A.  Right.
```

## Page 5

```
 1     Q.  Do you understand that you have an obligation
 2  under penalty of perjury to tell the truth?
 3     A.  Right.
 4     Q.  And do you understand that if you don't tell
 5  the truth, there is a criminal penalty for perjury?
 6     A.  Uh-huh.
 7     Q.  You do?
 8     A.  Now I know.
 9     Q.  Okay.  And you have to make your responses
10  audible.  You can't respond just uh-huh or nod or shake
11  your head.  The court reporter has to transcribe your
12  answers, so they have to be audible.  So I would
13  appreciate it if you try to do that.
14     A.  Okay.
15     Q.  If you don't understand my questions, feel
16  free to ask me to repeat them or rephrase them.  I
17  don't want you to try to answer a question you don't
18  understand.
19         If you do answer a question, I'm going to
20  assume that you understood it, okay?
21     A.  (Nodding.)
22     Q.  And I think your deposition is going to be
23  very short today.
24     A.  It's $3 for 20 minutes, I think, that we have
25  to pay for the parking garage.
```

2 (Pages 2 to 5)

Drisin vs. Florida                              July 24, 2018

## Page 6

1    Q.  Yes, I know.  You're going to have to give
2  your first-born child to this building for parking.
3    A.  Probably.
4    Q.  It is very expensive.  So I am going to try to
5  make it as quick as possible.  I don't think that
6  you'll need to take any breaks.  But if you do need to
7  take a break, just ask me and I'm happy to accommodate
8  you as long as there is no question pending.
9         If there is a question pending, I'll ask you
10 to answer it, and then we'll take a break, okay?
11       Yes?
12   A.  Yes.
13   Q.  Okay.  What, if anything, did you do to
14 prepare for your deposition today?
15   A.  I looked at my written affidavit, because
16 events happened, I don't know, two years ago or so or
17 three years ago.
18   Q.  Anything else?
19   A.  No.
20   Q.  Are you represented here by an attorney?
21   A.  No.
22   Q.  Mr. Levine is not your attorney?
23   A.  No.
24   Q.  Okay.  Did you have any meetings with
25 Mr. Levine in anticipation of your deposition?

## Page 7

1    A.  No.
2    Q.  Other than the affidavit that you signed, did
3  you look at any other documents?
4    A.  No.
5    Q.  Okay.  When is the last time you communicated
6  with Adam Drisin?
7    A.  I saw him last about seven months ago.  We
8  texted about three weeks ago when he was going to visit
9  his family.
10   Q.  So you texted with him three weeks ago?
11   A.  About that time.
12   Q.  And prior to texting with him three weeks ago,
13 when had you communicated with him?
14   A.  I don't remember, but I saw him last about
15 seven months ago.
16   Q.  Where did you see him?
17   A.  We had dinner somewhere in Miami Beach.
18   Q.  Okay.  And why have you not seen him in seven
19 months or so?
20   A.  He moved away, and he lives quite far.  And
21 then I had a lot of travels with my architecture exams,
22 so I was trying to study a lot, and I had a lot of work
23 to do as well.
24   Q.  Are you using any drugs or taking any
25 medication today that would affect your ability to

## Page 8

1  understand or respond to my questions?
2    A.  No.
3    Q.  What is your citizenship?
4    A.  American.
5    Q.  When did you become a U.S. citizen?
6    A.  I don't quite remember, but I think it was
7  2011 or '12 or '13.  I don't remember.
8    Q.  Okay.  Are you currently married?
9    A.  No.
10   Q.  Have you previously been married?
11   A.  Yes.
12   Q.  How many times?
13   A.  Once.
14   Q.  And your ex-husband's name is Augusto Marenco?
15   A.  Correct.
16   Q.  When were you married?
17   A.  We got married in 2009.  We got a divorce in
18 2015.
19   Q.  Okay.  Do you have any children?
20   A.  No.
21   Q.  What does your ex-husband, Augusto, do?
22   A.  At the moment, I am not sure.  I don't know
23 what he does.
24   Q.  When you last had some knowledge of what he
25 was doing to make a living, what was it?

## Page 9

1    A.  He was a restaurant manager.
2    Q.  Where?
3    A.  On Ocean Drive in Miami Beach.
4    Q.  What restaurant?
5    A.  Cardozo.
6    Q.  When is the last time you communicated with
7  him?
8    A.  Probably back in 2015.
9    Q.  Where does he now live, do you know?
10   A.  I don't.  Some of my friends told me that in
11 Naples, but I don't know if they are correct, or I have
12 never verified that information.
13   Q.  So you have a master's degree in architecture
14 from Florida Atlantic University, correct?
15   A.  Correct.  Florida International University.
16   Q.  Yeah.  What did I say?
17   A.  I said it right, but I am not sure.
18       MR. YANNUZZI:  You said Atlantic.
19       MS. RAGATZ:  Oh, sorry.  Sorry.  Florida
20 International.  Thank you.
21 BY MS. RAGATZ:
22   Q.  Where did you get your undergrad degree?
23   A.  In Moscow, Moscow State University.
24   Q.  Are you currently employed?
25   A.  Yes.

                              3  (Pages 6 to 9)

Drisin vs. Florida                                      July 24, 2018

Page 10

1    Q.  Where?
2    A.  Arquitectonica.
3    Q.  When did you start employment with
4  Arquitectonica?
5    A.  My official date of starting was 2015, but I
6  started as an intern in 2013 or '14.  So I'm not sure
7  which one is the correct date I started to work there.
8    Q.  Was there a period of time between obtaining
9  your undergraduate degree from Moscow State until you
10  enrolled in the master's program at Florida
11  International University?  Was there a period of time
12  where you were employed?
13    A.  I was a realtor.  I'm not sure if it's counted
14  as employed.  I think I received 1099 and I'm
15  affiliated with a broker.
16    Q.  Okay.
17    A.  I think I'm self-employed type of thing.
18    Q.  What realtor were you affiliated with?
19    A.  Keller Williams Realty.
20    Q.  Say that again.
21    A.  Keller Williams, like a guy, Keller Williams
22  Realty.
23    Q.  When did you meet Adam Drisin?
24    A.  I personally started talking to him in 2014,
25  the third year or the second year of school.  But I

Page 11

1  have seen him, and I have known of him since the first
2  year.
3    Q.  So when did you actually meet him?
4    A.  It was during a design studio.  I think it was
5  design night, when we were designing sustainable high-
6  rise in Miami Beach Urban Studios.
7    Q.  Was he ever your teacher?
8    A.  No.
9    Q.  Now, you're familiar with something called the
10  Growlight Project, right?
11    A.  Yes.
12    Q.  What was that?
13    A.  That was the project I was a graduate
14  assistant for.  And basically we were developing
15  software -- not software, but some kind of presentation
16  materials that I had to work on.
17        And I don't remember anything else that I was
18  doing on it.
19    Q.  And as a graduate assistant on the Growlight
20  Project, Adam Drisin was your direct supervisor, right?
21    A.  Yes.  I'm not sure if he was a supervisor or
22  how it's called.  Like whenever I had an assistantship
23  with David Rifkind or Gray Read, I don't know what is
24  their official name.  They were my supervisors.  I'm
25  not sure how it is called.  Like whatever usually they

Page 12

1  are called, that was Adam Drisin.
2    Q.  So the graduate assistant position on the
3  project was a paid position, correct?
4    A.  Yes.
5    Q.  Okay.
6    A.  To my knowledge.
7    Q.  Were you paid?
8    A.  Yes.
9    Q.  Okay.  How would you describe your
10  relationship with Adam Drisin in the fall of 2014?
11    A.  We were friendly and we were professional.
12    Q.  Did you have a romantic relationship?
13    A.  I don't -- I did not have a romantic
14  relationship with him.
15        But what do you define as romantic?  Can you
16  rephrase, maybe, the question?
17    Q.  Sure.  You describe your relationship as
18  professional and friendly, right?
19    A.  Friendly.
20    Q.  Was it anything else?
21    A.  I guess I would say that I'm a flirty person,
22  and I am flirtatious.  If friendly can be also
23  understood as flirtatious, then it is that.
24        But I would not call it romantic.  That is why
25  I'm saying no to romantic.

Page 13

1    Q.  So how do you describe flirtatious?
2    A.  Well, we could make jokes.  We could smile at
3  each other.  We could have coffee together.
4    Q.  Sexual jokes?
5    A.  Not really.
6    Q.  Okay.
7    A.  But I remember -- it was so many years ago, I
8  don't remember.  If there was a sexual joke, I don't
9  think it would disturb me in any way.
10    Q.  Do you remember that Adam Drisin sent you
11  sexually graphic material at any point in time?
12    A.  Yes.
13    Q.  What do you remember?
14    A.  Well, there was some kind of e-mail, which I
15  don't have anymore, so I don't really remember very
16  well that e-mail.
17    Q.  What do you remember about that e-mail?
18    A.  Well, mostly -- I am not sure which e-mail
19  you're referring to.  So mostly we had, you know, he
20  could have written about his dream.  He could have
21  written about false characters and I could have
22  responded to him.  Like there were many e-mails between
23  us.
24    Q.  Many e-mails with sexually graphic material?
25    A.  I don't quite remember if they were sexually

www.taylorjonovic.com    Taylor, Jonovic, White, Gendron & Kircher-Echarte        305.358.9047
Fax 305.371.3460

## Page 14

1  graphic.
2      Q.  All right.  Let me show you what we've marked
3  as Defendant's Exhibit 1 to Adam Drisin's deposition,
4  and we will mark it as Defendant's Exhibit 1 to your
5  deposition.
6          It is an e-mail from Adam Drisin to you,
7  Larisa Marenco, on October 23, 2014.
8          Take a look at it and tell me whether you
9  remember this e-mail.
10         (Thereupon, the document referred to was
11  marked as Exhibit No. 1 for Identification.)
12     A.  Is this an e-mail that he gave me?  You gave
13  me this e-mail, that is what you are saying, October
14  23?
15     Q.  Yes, that is what I'm asking you to look at.
16  And my question is, do you remember receiving this
17  e-mail?
18     A.  Yes, I remember it.  It is just, I don't have
19  this e-mail anymore.
20         Yes, we created a story with fictional
21  characters, and we wrote to each other back and forth.
22  And to me it was not -- I mean, I can spend the time
23  and read it, but if you can send it to me, it will be
24  great too, because I don't have access to them anymore.
25  My FIU e-mail is blocked, I think, or I don't have the

## Page 15

1  access.
2          But it would be nice to read.
3      Q.  And so you said that you created a story and
4  you exchanged e-mails back and forth.
5          So you contributed to this story as well?
6      A.  Yes.
7      Q.  Did you send Adam Drisin sexually explicit
8  material?
9      A.  I don't remember that it was sexually
10 explicit.
11     Q.  So he starts this e-mail saying:  All the text
12 is below.  There are many new chapters that you have
13 not read, at least three new ones to read.  The last
14 one in green is very steamy.  It is for you.
15         Do you see that?
16     A.  Uh-huh.
17     Q.  And then he goes on to say:  I got overheated
18 writing this rather late last night.  I'm so happy you
19 found a ballet class.  Honestly, I wish you were having
20 dreams about kissing me instead of kissing your piggy
21 roommate.  LOL.  I'm pretty sure I'm a better kisser.
22         So, would you describe that type of
23 communication as professional and flirty?
24     A.  I think in this case it is flirty.  It did not
25 make me uncomfortable, let's say.  I -- or maybe my

## Page 16

1  background is in philology, which is a literature.  I
2  was studying for five years to become a writer.  Maybe
3  that is why to me this was not really disturbing.
4      Q.  Who was the piggy roommate that you were
5  having dreams about kissing?
6      A.  I was having?  I don't remember.  I mean, I
7  know who was my roommate.  My roommate was Andrea, but
8  I don't remember what dream I had.
9          If you have an e-mail of me writing it, I
10 would like to read it.
11     Q.  The characters that were created were called
12 Alexander Davidovich, right?
13     A.  There was Susana, too.  I don't see Susana.
14     Q.  And there was Laura, right?
15     A.  Laura or Laurie, yes.  And she was a dancer, I
16 remember.  I mean, you realize, whenever you write a
17 fiction, you usually base it on some kind of features
18 or something that a writer likes.  I like to dance.
19 Usually I would put my characters in, you know, that
20 they like to dance.  Or we were traveling, that is why
21 it was the place was taken in Rome.
22     Q.  So was this -- these stories you were writing
23 were based on the two of you, your lives?
24     A.  Not of course.  Of course not.  It is not.  It
25 is pure fiction.

## Page 17

1      Q.  Did your relationship from October 23rd of
2  2014, change in any way getting into December of 2014?
3      A.  Not until December.  But whenever the incident
4  happened between Drisin and Andrea, and I was a witness
5  of that, I -- our friendship became stronger, because I
6  was basically witnessing what she was doing towards
7  him, which was very unfair, and we became close
8  together.
9      Q.  Let me show you what I'm going to mark as
10 Exhibit 2.  It is an e-mail to you -- from you to Adam
11 Drisin, dated December 1 of 2014.  And the subject is:
12 I am sorry.
13         Do you remember sending him that e-mail?
14         (Thereupon, the document referred to was
15 marked as Exhibit No. 2 for Identification.)
16         MR. LEVINE:  Is that the exhibit from the
17 last deposition?
18         MS. RAGATZ:  Yes.  Yes, it is.
19         MR. LEVINE:  Okay.
20     A.  Yes, I remember this.
21     Q.  What were you sorry for?
22     A.  I do not remember, unfortunately.  But let me
23 read it.
24         I think it was -- it could have been related
25 to our stories that we wrote.  But I really do not

Drisin vs. Florida                                              July 24, 2018

## Page 18

1    remember why I was sorry.
2        Q.  You say here in this e-mail:  I should have
3    believed you and shouldn't have belittled your
4    feelings.  For some reason, I really just couldn't let
5    go my guard and couldn't just read your texts written
6    in black and white.  I kept reading you with suspicion,
7    and look what happened.  I broke your heart.  I am very
8    sorry and I ask you to forgive me.  What can one say to
9    such a person as I am, other than to feel sorry that I
10   am probably missing out on the beautiful things
11   happening around me by not allowing my mind to see them
12   and accept them.
13       What did you do that you believe broke Adam
14   Drisin's heart?
15       A.  To tell you the truth, I really honestly do
16   not remember.
17       Is there an e-mail from him to me where we can
18   see that?
19       Q.  No.  I am just asking you questions on what
20   I'm asking you about.
21       So on the second page you say that:  I'm still
22   going to France, and I thought again of the response I
23   would give you.  I know this is out of the question
24   now.  You don't have to read this part of the e-mail.
25   It is me talking to myself here maybe.  And I thought

## Page 19

1    that I would love to see you because I do enjoy your
2    company and our conversations and the way I feel when
3    I'm with you.  But then now I understand how deeply and
4    not lightly you are taking this and what troubles you
5    will have to go through just to come to see me for two
6    days.  It is just not worth it for you, because to me
7    it will just be fun, a lot of fun, though.  And also,
8    even if it's okay for you to come, you are already hurt
9    and fucked up, so the next person to be hurt will be my
10   husband.  Somehow all the shit I do comes out, and I
11   know that somehow I will feel guilty that I had a
12   romantic trip with another man and I will not be able
13   to hide it.
14       Do you see that?
15       A.  I see that.
16       Q.  Had you and Adam Drisin discussed going to
17   France together?
18       A.  No.  What happened was I told him that I was
19   going to France, because as -- since I was little, I
20   always wanted to go to Nice and Cote d'Azur.  That is
21   something where all the Russians go, basically second
22   Moscow.  I always wanted to go.
23       So when I told him I wanted to go, he said
24   that his father lives in South of France and that it is
25   a beautiful place and there are so many little towns

## Page 20

1    that you can visit along the coast.  And that was about
2    it.
3        Actually, I was going to -- I think I was
4    going to go with my German friend, which did not
5    happen.  I went by myself.
6        But, no, we did not discuss going there
7    together.
8        Q.  Before this e-mail, had Adam Drisin told you
9    he loved you?
10       A.  No.  I don't remember that.
11       Q.  Why do you think you broke his heart?
12       A.  I really do not remember that.  I don't know
13   why I am sorry in this e-mail.
14       Q.  Now --
15       A.  Maybe he was -- you know, now since I'm seeing
16   here that he is saying -- I'm saying that he is fucked
17   up, maybe I was referring to his situation with his
18   sister and his sister had a lot of problems.  Maybe
19   she -- you know, she was either using drugs or she was
20   just not well.
21       And then he had problems in the family.  Maybe
22   I was saying that, you know -- because we were friends,
23   so he told me about his family situation.  Maybe I was
24   referring to that.  I really don't remember why I broke
25   his heart.

## Page 21

1        Q.  Now, you went to Genoa, Italy, for the fall
2    semester of 2014, right?
3        A.  Yes.
4        Q.  Did Adam Drisin encourage you to attend that
5    semester abroad?
6        A.  I asked him if I could go and he said, yes, of
7    course I could go.  But the one who encouraged me was
8    my mother, who saw a crack in my marriage and she
9    thought it would be better that I kind of step back and
10   look at it from afar.
11       Q.  Now, Adam Drisin spent some time in Italy
12   during that semester, didn't he?
13       A.  He did.
14       Q.  And prior to going to Italy, you were friends
15   with him?
16       A.  Yes.
17       Q.  You would go out to lunch or dinner together?
18       A.  I think we went once for lunch.
19       Q.  Have you ever been sexually intimate with him?
20       A.  No.
21       Q.  While you were in Italy on December 12th of
22   2014, a number of students and professors went out to
23   dinner, correct?
24       A.  That is the last night, the graduation night,
25   because I do not remember what is the date.

Drisin vs. Florida                                    July 24, 2018

Page 22

1    Q.   Okay.
2    A.   Is it that date that you're referring to?
3    Q.   That is what I'm referring to.
4    Q.   Okay.
5    Q.   And so you were a part of a whole group of
6    students and professors that went out to dinner that
7    night?
8    A.   Right.
9    Q.   And Andrea Rivera was there?
10   A.   Correct.
11   Q.   You drank at dinner, right?
12   A.   Well, I don't quite remember, but I think I
13   had a glass of wine.
14   Q.   Okay.  And Ms. Rivera drank at dinner?
15   A.   I cannot say, because I did not really keep
16   track on who was drinking what and how much.
17   Q.   How about Adam Drisin, he drank at dinner,
18   right?
19   A.   That I don't remember either.
20   Q.   Okay.  And after dinner a smaller subset of
21   people went out and drank more, correct?
22   A.   I remember that actually almost everyone went
23   to the next osteria, whatever it was, almost everyone.
24   And I don't know of other people consuming alcohol.  I
25   have had a drink at that last osteria.

Page 23

1    Q.   Do you know if Andrea Rivera drank after
2    dinner?
3    A.   I really don't know.
4    Q.   How about Adam Drisin?
5    A.   How what?
6    Q.   Adam Drisin, how about him?
7    A.   Oh, I also did not keep track.  I know that I
8    had a drink.
9    Q.   And in the early morning hours you and two
10   other female graduate students went up to Adam Drisin's
11   apartment and ended up spending the night there, right?
12   A.   Correct.
13   Q.   Okay.  And one of those students was Lorena
14   Behamon?
15   A.   Behamon, yes.
16   Q.   Behamon.  And the other student was Andrea
17   Rivera, correct?
18   A.   Correct.
19   Q.   Did you drink at Adam Drisin's apartment?
20   A.   I had Baileys.
21   Q.   And did Andrea Rivera drink?
22   A.   I don't remember if she did.
23   Q.   Did Adam Drisin drink?
24   A.   I also don't remember.
25   Q.   Okay.  Describe what happened.

Page 24

1    A.   So -- at the apartment?
2    Q.   Yes.
3    A.   So the reason we went up is because me and
4    Lorena or me and Andrea asked to go use the bathroom,
5    and we asked Adam to let us in upstairs.  He said, yes,
6    we can come and use the bathroom.
7         So we used the bathroom.  Then the weather was
8    really bad.  It was raining nonstop, so it was really
9    nasty outside.  We decided to talk.  And everyone
10   seemed okay and everything seemed okay to me.  Maybe,
11   you know, I should have -- we should have just gone
12   home instead of using the bathroom in someone else's
13   apartment.
14        Then, I don't know who saw the bottle of
15   Baileys, I think it was maybe me, maybe it was Andrea,
16   and we opened it.  I think I opened it.  I'm not sure
17   exactly, but it was -- yeah, I think it was me.
18        So I opened it and poured it for me.  I don't
19   remember.  I think I poured it for Adam as well.  I
20   don't remember if Andrea drank it or not.
21        So then we kept talking.  Lorena was -- we
22   were tired because it was our final day of the
23   presentation, so we were exhausted.  Lorena started
24   sleeping right away.  Not right away, but after we
25   talked.  Then Andrea seemed to have a lot of energy and

Page 25

1    she kept talking.  And she was really interested in
2    Adam, from my point of view.  She was interested in his
3    opinion of maybe what to do next in her professional
4    development, if she should stay in architecture or go
5    to photography and so on.
6         And it was hard to actually step into the
7    conversation because she was talking.  He was polite.
8    He was answering, you know, saying something like, yes,
9    of course, you know.
10        Then I fell asleep because it was really not
11   an interesting conversation.
12   Q.   Where were you sleeping?
13   A.   I think I was sitting against the bed and fell
14   asleep.  But I don't know if I fell asleep for a long
15   time, because the next thing I know is that --
16   Q.   Were you in the bed?
17   A.   Yes.
18   Q.   Okay.
19   A.   So the next thing I know is that something is
20   kind of brushing against my side.  I'm kind of waking
21   up, and then I heard her saying:  I want you to fuck
22   me.  Please fuck me.  Excuse my language, but that is
23   what I heard.
24        And then I can't believe that, and then I kind
25   of turned sideways and I see her naked on top of him.

                              7 (Pages 22 to 25)

Drisin vs. Florida                                July 24, 2018

Page 26

1    So I stand up.  And it is really disturbing to see
2    that, when a man is completely -- well, he was not
3    moving.  To me it seemed like he was sleeping and she
4    was all naked on top of him and moving.
5         So I said, you know, I can see you, actually.
6    And no one responds to me.  And I keep standing there,
7    and it is really stupid and awkward.  And then Andrea
8    seems okay.  I asked her:  Do you like it?  And she
9    said, yes.  And she looks me in the eyes.  The fact
10   that she says she doesn't remember, I don't believe
11   that.
12        Anyway, I jumped forward.  And then Adam seems
13   to be awakening and then he pushed her off and he said,
14   you can't be doing this.
15        And then after being all normal and
16   everything, he just goes to sleep.  I think she is
17   pretending she went to sleep, from my point of view.
18   Q.  So let me interrupt you there.
19   A.  Uh-huh.
20   Q.  So you wake up.  You see your roommate naked
21   on top of a professor.
22   A.  Uh-huh.
23   Q.  And the question you ask is:  Do you like it?
24   A.  No.  First I said, I can see you.
25   Q.  Right.

Page 27

1    A.  And she kept, I don't know, moving on top of
2    him.  And then I am asking if she liked it because she
3    seemed like she is enjoying herself, like she is naked.
4    She is happy.  And then --
5    Q.  Why did you ask her that question?
6    A.  I don't know what else to ask.  What would you
7    ask?  I'm sorry, it is not a personal question, but
8    what should I be asking in that situation?  I never had
9    this situation happen to me.
10   Q.  So your testimony is that then Adam Drisin
11   when you start talking to Andrea, he wakes up and
12   pushes her off?
13   A.  Yeah, or comes to his senses and kind of.
14   Q.  Then did he get out of bed?
15   A.  Yes.
16   Q.  Was he wearing pants?
17   A.  Yes, he was fully dressed.
18   Q.  So his pants were up?
19   A.  To my knowledge, yes.  I saw her moving her
20   hands in that direction, but I don't know if she
21   unzipped them or if she did not.
22   Q.  So you don't know if his pants were open or
23   zipped?
24   A.  I don't recall that.
25   Q.  And you don't know whether his pants were up

Page 28

1    or down?
2    A.  Like I said, to my knowledge, it was -- he was
3    dressed.
4    Q.  Okay.  You talked to Andrea Rivera the next
5    day about this incident, didn't you?
6    A.  Yeah, because I was so -- it was so awkward
7    and it was so abnormal in what she did.
8    Q.  You told her that you saw her having sex with
9    Drisin, didn't you?
10   A.  I told her that I saw you fucking Drisin, and
11   in my testimony, I am explaining what I meant.  I did
12   not see the actual act of sex or penetration.  I hadn't
13   seen exposed penis or I hadn't seen her succeeding in
14   having sex with him, because what I saw was her being
15   aggressive and trying to do whatever she was trying to
16   do.
17   Q.  Didn't you tell her that you saw what you
18   believed to be a condom in the toilet and that you
19   flushed it?
20   A.  That is not true.  That is so terrible.  The
21   whole thing is -- like whenever I read this, because I
22   think I either read her case against Adam or I don't
23   remember what, whatever, the condom was there.  It was
24   not there.  There was no condom, and that is a lie.
25        Q.  Andrea Rivera told you that she had been using

Page 29

1    a tampon the night before and that it had been
2    dislodged and she couldn't remove it; isn't that true?
3    A.  She told me that after, after -- after I told
4    her what I saw, after I told her she was on top of him
5    and then he pushed her off.  After that she started to
6    look for a way out, and she really was ashamed of
7    herself, and she was trying to find a way of how to
8    say, oh, you know, I don't remember that, I must have
9    been, you know, not conscious of that.  And then she
10   suddenly remembered after, I don't know how much time
11   passed, oh, the tampon was there.
12        So, yes, she said that.  I did not believe
13   that.
14   Q.  Now, the day after this incident, you went to
15   Adam Drisin's apartment, right?
16   A.  I do not remember, but I could have brought
17   him food.
18   Q.  You don't remember bringing him food?
19   A.  I think that is when I brought him food
20   because he was shaken by what happened and it was
21   awkward.
22   Q.  And you told him that Andrea Rivera was
23   claiming she had been sexually assaulted, didn't you?
24   A.  I don't remember exactly when that happened,
25   but I think that is when she already started posing her

8 (Pages 26 to 29)

Drisin vs. Florida                                    July 24, 2018

Page 30

1    plan of destroying Adam, when she all of a sudden
2    decided that maybe this was drugs and we were all
3    drugged and we should all say that he drugged us, which
4    is not true.
5        So, yes, I told him that she is planning to be
6    lying and doing all that.
7        Q.   Didn't you also tell Adam Drisin that she was
8    talking about reporting him to FIU?
9        A.   I don't remember if I said that exactly.  I
10   remember that I told him that she created some kind of
11   story.
12       Q.   Did you discuss with Adam Drisin how he should
13   handle the situation?
14       A.   No.
15       Q.   You had no conversations to that effect?
16       A.   Well, not if you're asking me at that date.  I
17   don't think at that date that you are mentioning after
18   the incident, that date, how we should handle it.
19       Basically, I think it was him who was trying
20   to handle it, and I was -- I don't think I was handling
21   anything at that moment.
22       Q.   Now, shortly after you returned from Genoa on
23   Friday, January 2, 2015, you met Adam Drisin for lunch.
24       Do you recall that?
25       A.   No.  I don't deny it, but I just don't

Page 31

1    remember.
2        Q.   Do you remember having lunch with him at
3    Monte's?
4        A.   Oh, yes, we had lunch at Monte's, I think, at
5    one time.
6        Q.   Do you remember that a couple of days after
7    your lunch at Monte's on Sunday, January 4th, he sent
8    you an e-mail about a dream he had about you that
9    Friday night?
10       A.   Yes.  Unfortunately, everyone is aware of that
11   e-mail.  My ex-husband stole it from the computer, and
12   he was probably searching for it, kind of a way to find
13   out that I'm cheating on him and that I have an affair
14   and he could not find anything besides this e-mail,
15   which is retelling of a dream.
16       Q.   I'm going to show you what has been marked as
17   Exhibit 9 at Adam Drisin's deposition, and we'll mark
18   it as 9 at your deposition.  And this is an e-mail sent
19   to you.  It starts at the very bottom -- sorry, no, it
20   starts on the top of the second page, from Adam Drisin
21   to you.  Subject:  My dream as per your request.
22       Do you see that?
23       The very top of the second page.
24       (Thereupon, the document referred to was
25   marked as Exhibit No. 9 for Identification.)

Page 32

1        A.   It starts with "My Dear Larisa."
2        A.   No, I'm talking about the subject.
3        A.   Oh, my dream as per your request, right.
4        Q.   Had he told you about the dream in advance?
5        A.   I don't remember, but probably he mentioned
6    that he had some kind of dream, and I asked him what it
7    was  and that, you know, I would like to know what is
8    the dream.
9        Q.   So he starts:  My Dear Larisa, so I'm going to
10   tell you about my erotic dream from Friday night, but
11   it is graphic and sexual, so if you don't want to read
12   that stuff, you should stop now.
13       Did you stop then or did you read it?
14       A.   I read it.
15       Q.   Okay.  So in this recounting of a dream he had
16   about you -- let me preface this.  So he says:  So I
17   need to preface it by telling you again that I thought
18   you looked lovely on Friday at lunch.  Your eyes were
19   the most beautiful shade of green in the sun, and I
20   thought that jacket that you were wearing with no shirt
21   underneath was so fucking sexy.  Seeing the curve of
22   your breasts revealed by your jacket was such a
23   wonderful distraction that it left me totally aroused
24   from our lunch.  I just wanted to slip my hand inside
25   your jacket.

Page 33

1        Now, do you consider somebody with whom you
2    have a professional relationship, do you think it's
3    appropriate for him to tell you you look so fucking
4    sexy at lunch that you left him aroused?
5        A.   Well, if you consider the fact that we were
6    writing each other all those stories, it is flirty.  It
7    is flirty.  I'm not sure if it is appropriate or not.
8        To me, it did not offend me.  And it did not
9    prevent me from being professional with him as well.
10       Q.   So in this dream he described touching you and
11   fondling you, didn't he?
12       A.   I don't remember the dream, but you should
13   forward me all this.  It is really interesting.
14       Can I have it?
15       Q.   Take your time and read it.
16       A.   Can I take it with me?
17       Q.   No, but you can take your time and read it.
18       A.   I skimmed through it.
19       Q.   Okay.  So in this e-mail he describes a dream
20   in which he touched and fondled you, correct?
21       A.   Right, which is a dream, nevertheless.
22       Q.   And he described his dream of the two of you
23   having intercourse on a bench outside of Monte's,
24   right?
25       A.   Okay.  So this is a dream retelling that he

www.taylorjonovic.com   Taylor, Jonovic, White, Gendron & Kircher-Echarte   305.358.9047
                                                                         Fax 305.371.3460

Drisin vs. Florida                                     July 24, 2018

Page 34

1    wrote to me.  I did not consider it as anything that
2    will disturb me or harass me in any way.  It is
3    creative writing, whatever it is.
4        Q.  Okay.  So --
5        A.  But it is not -- to me it is not something
6    that somehow interferes in my professional relationship
7    with him.
8        Q.  And I'm going to just ask you to please listen
9    to my question and answer my question.
10       A.  Okay.
11       Q.  So, in this e-mail he described a dream in
12   which he had intercourse with you on a bench outside of
13   Monte's, right?
14       A.  I assume it is correct.
15       Q.  And he described the orgasm he had, doesn't
16   he?
17       A.  He described a dream where he had whatever he
18   had.  If it is an orgasm, okay.
19       Q.  And he described a dream about the orgasm you
20   had, correct?
21       A.  I really did not find it.  If you found it
22   already, you can point me to that.  But if his dream
23   contains that, then, yes, he dreamt about that.
24       Q.  Well, I'll point it to you.  Go on to the last
25   page.

Page 35

1        A.  Okay.
2        Q.  And start at the paragraph, the first small
3    paragraph.  It says:  This continued until I came --
4        A.  Okay.
5        Q.  -- explosively inside you.
6            Do you see that?
7        A.  I do.
8        Q.  And then he goes on and he talks about your
9    orgasm in his dream, right?
10       A.  Okay.  I see that.  So in his dream he did
11   describe that the woman, I, had an orgasm.
12       Q.  Not just any woman, you, right?
13       A.  Right.
14       Q.  Okay.  And then he goes on and ends the e-mail
15   by saying:  I woke up from this dream and I was so
16   completely aroused that I was on the verge of having an
17   orgasm the minute I woke up.  My cock was totally hard
18   and huge and my heart was pounding and I was ready for
19   a mighty long love-making session.
20           Do you see that?
21       A.  I do.
22       Q.  That's a professional e-mail?
23       A.  To me -- someone is laughing here.  To me, it
24   did not interfere in my professional relationship with
25   Adam.

Page 36

1        Q.  That is not my question.  My question is, do
2    you consider that an e-mail between professionals?
3        A.  That is a flirtatious e-mail.
4        Q.  That is not my question.  My question is, do
5    you consider that an e-mail between professionals,
6    somebody with a professional relationship?
7        A.  I see -- I see what you mean, and I think
8    between professionals there may be many e-mails.  That
9    is not a professional e-mail.
10           Did that answer your question?
11       Q.  That answered my question.
12       A.  Okay.
13       Q.  Now, once you were back in Miami after
14   returning  from Italy, your husband became extremely
15   suspicious and jealous, didn't he?
16       A.  Yes.  He was always extremely suspicious and
17   jealous.
18       Q.  Had you given him reason to be?
19       A.  He did not need a reason.  I did not give him
20   a reason.
21       Q.  Didn't you write an e-mail, your e-mail on
22   December 1, where you said -- and this is --
23       A.  I remember.
24       Q.  -- Exhibit 2.
25       A.  Yeah.

Page 37

1        Q.  Where you said:  Somehow all the shit I do
2    comes out and I know that somehow I will feel guilty
3    that I had a romantic trip with another man, and I will
4    not be able to hide it.  I already did it once to my
5    husband before we got married and somehow a couple of
6    years ago he found out about it and until now he is
7    hurt, right?
8        A.  Yes.  They -- I wrote that.
9            What is the question?
10       Q.  The question was:  Had there been incidents
11   that would cause him to be suspicious and jealous?
12       A.  Right.  So that happened when I went on a trip
13   with someone two years before I got married with my
14   husband, which would be 2008, I think, if you're
15   referring to that.  I have not gone to any romantic
16   trips with anyone else while I was married.
17       Q.  Okay.  And romantic trip, in that e-mail, you
18   were discussing going to France with Drisin?
19       A.  I was not discussing going to France with
20   Drisin.  I went to France on my own, and what we were
21   discussing is that he was giving me places and
22   recommendations where to go to in France.
23       Q.  On January 11, 2015, you went with Adam Drisin
24   to the Young Arts Ball, didn't you?
25       A.  I did.

10 (Pages 34 to 37)

Drisin vs. Florida                                              July 24, 2018

## Page 38

1    Q.  Did you tell your husband you were going there
2 with Drisin?
3    A.  Yes.  He gave me a ride to that ball, and I
4 invited him to come with me if he purchases a ticket.
5 He didn't want to.
6    Q.  But he showed up there?
7    A.  He did.
8    Q.  And saw you dancing with Adam Drisin, correct?
9    A.  Yes.  And with many other people too.  There
10 was a group of people dancing.
11    Q.  And he became very agitated and insisted you
12 get in the car and go home with him, right?
13    A.  Yes.  He actually grabbed me and he -- how do
14 you call it, insulted me, because he started grabbing
15 me by the hands and he was dragging me out of there.
16 He was violent.
17    Q.  And he pushed Adam Drisin at that ball, didn't
18 he?
19    A.  To my recollection he did, yeah.
20    Q.  Now, at some point in time you became aware
21 that your husband had read some of your texts and
22 e-mail exchanges with Adam Drisin, right?
23    A.  I don't remember that.
24    Q.  You never became aware that he had --
25    A.  I don't remember that he was aware of that.

## Page 39

1 Maybe he was because he was spying on me, but I just
2 don't remember.
3    Q.  So you don't remember that at some point you
4 became aware that your husband read some e-mail
5 exchanges between you and Adam Drisin?
6    A.  Well, I know he stole that e-mail, the graphic
7 e-mail, so, yes, I guess he was -- he was spying on me.
8    Q.  Now, you became aware the day after the Young
9 Arts Ball that your husband filed a complaint with FIU
10 against Adam Drisin, right?
11    A.  No, I didn't know that.
12    Q.  You didn't know he filed a complaint?
13    A.  No.
14    Q.  Ever?  You didn't know he ever filed a
15 complaint?
16    A.  I didn't think -- I remember at least.  No, I
17 was investigated, yes, but I didn't know when he filed
18 it.
19    Q.  Okay.  But you knew he filed a complaint?
20    A.  Right, because I had some kind of interview
21 with other people from FIU.
22    Q.  Okay.
23    A.  Where I said that there is no affair between
24 me and Adam and that my ex-husband -- well, now
25 ex-husband, at that time I was already not living with

## Page 40

1 him and I moved out because he was violent, and I told
2 them about that.  And I said that Adam was my friend
3 who helped me moving out from this violent situation
4 and yeah.
5    Q.  In January of 2015, you were still living with
6 your husband, correct?
7    A.  I don't remember exactly when I moved out.
8 There was a neighbor -- I think I moved out right after
9 the Young Arts event happened.  It was either the next
10 day or the day afterwards, that is when I moved out.
11    Q.  Now, when your husband filed a complaint with
12 FIU against Adam Drisin, you gave a statement in the
13 investigation of that complaint, correct?
14    A.  Yes.
15    Q.  And that is when you told the investigator
16 that your relationship with Adam Drisin was strictly
17 professional, didn't you?
18    A.  Right.
19    Q.  Now, in January of 2015, you also traveled to
20 Savannah with people from FIU, including Adam Drisin,
21 right?
22    A.  Yes.  Usually it is the case that graduate
23 assistants travel to Savannah to help with the
24 students.
25    Q.  And isn't it true that when you were in

## Page 41

1 Savannah, you spent the night there with Adam Drisin in
2 his hotel room?
3    A.  What happened was my ex-husband was
4 threatening to come, and he called the hotel.  And that
5 really put me in shock.  So I was sitting in the bar,
6 and I needed some emotional support.  And it is true
7 that I was terrified to stay in my hotel room by
8 myself.  I was going through a lot of drama with my
9 ex-husband, so, yes, it is correct.
10    Q.  When is the last conversation that you had
11 with Adam Drisin's attorney before appearing here
12 today?
13    A.  Conversation one-on-one, like meaning in
14 person or by e-mail?  Because by e-mail Howard sent me
15 the request for deposition, whenever he sent it, a week
16 ago or two weeks ago.  I don't remember when you
17 requested the deposition, right?  So he forwarded me
18 the e-mail.
19    Q.  Okay.  But when is the last time you talked to
20 him?
21    A.  In person?
22    Q.  Yes.  No, or on the phone.
23    A.  On the phone.  Maybe last year.  I don't
24 really remember.  There was mostly e-mails, like when I
25 think either Adam or Howard sent me the complaint --

11 (Pages 38 to 41)

Drisin vs. Florida                                      July 24, 2018

## Page 42

1  not the complaint, response to whatever that they were
2  filing.  Was it last year?  So they just forwarded to
3  me what they filed.
4      Q.  Let me show you what we marked as Exhibit 13
5  to Adam Drisin's deposition, and we'll mark it as
6  Exhibit 13 to your deposition.
7      It is an e-mail from Adam Drisin to you dated
8  Wednesday, January 28th of 2015.
9          (Thereupon, the document referred to was
10  marked as Exhibit No. 13 for Identification.)
11      A.  Uh-huh.
12      Q.  Do you recall this e-mail?
13      A.  Yes.
14      Q.  And in this e-mail, Adam Drisin is telling you
15  how troubled he is by your behavior because you seem to
16  have, like, banished him from your life.
17          Do you see that?
18      A.  Yes.
19      Q.  And he states:  You woke up on Monday --
20  referring to when you were in Savannah -- and spent an
21  hour cuddling me.  You cuddled as much as I did, so you
22  can't possibly suggest that you were uncomfortable that
23  morning.
24          And then he goes on, reading down:  So I'm
25  disappointed that you seem to be blaming me for the

## Page 43

1  fact that you had some light physical stuff happen
2  Sunday night.  But while I may have started it with
3  giving you a massage that was a result of our bet, we
4  were both active participants in the physically
5  intimate stuff.
6          Do you see that?
7      A.  Uh-huh.
8      Q.  So what physically intimate stuff?
9      A.  That was just cuddling, and it was nothing
10  else that was more than that.
11          Like I said, my ex-husband was threatening to
12  come to the hotel and get me.  I didn't want to stay on
13  my own, and I was still shocked.
14          And, actually, the next morning when we were
15  driving -- when the bus was driving back, I was still
16  thinking about my ex-husband and, sure enough, he
17  actually came spying on me.
18          So whenever we drove back to Miami and I got
19  into my car, sure enough, I see my ex-husband is in his
20  car driving after me.
21      Q.  So --
22      A.  I was really disturbed by all that.
23      Q.  So had you been concerned or let Adam Drisin
24  know that you were upset about something that occurred
25  between the two of you in Savannah?

## Page 44

1      A.  I think -- I don't remember.  If you have an
2  e-mail that told that is what I was upset about.  But I
3  was probably very shocked, and I had an emotional
4  crisis because of what was happening in my marriage.
5      Q.  Did you have any friends who went on that
6  trip?
7      A.  Well, I knew people who went on that trip, but
8  I don't know if anyone was really a friend.
9      Q.  So why did you feel the need to, when you were
10  upset, run to Adam Drisin's room?
11      A.  Like I said, he was the closest friend.  Like
12  that incident really made us -- made us closer friends.
13  Like he knew what was not working in my marriage.
14          I'm not going to run around and say, hey, my
15  husband beat me up and then he spied on me, what do you
16  think I should do?  He knew about that.  He helped me
17  move out.
18      Q.  What do you mean he helped you move out?
19      A.  I was terrified to move away from my
20  ex-husband because he would just not let me out.  So I
21  had to actually -- and my mom was here.  So Adam
22  offered his truck, and he came to pick up our things,
23  and he moved me and my mom's luggage to my friend in
24  Hallandale.
25      Q.  What I'm going to mark as Exhibit 36 to this

## Page 45

1  deposition is an e-mail that you wrote to Dean Schriner
2  on April 30 of 2015.
3      That is an e-mail that you wrote?
4          (Thereupon, the document referred to was
5  marked as Exhibit No. 36 for Identification.)
6      A.  Uh-huh.
7      Q.  Yes?
8      A.  Yes.  Sorry.
9      Q.  And Brian Schriner is the dean of FIU's
10  College of Architecture, correct?
11      A.  Yes.
12      Q.  And you state in this e-mail that you were
13  sorry that your husband was causing all this trouble.
14          What were you referring to?
15      A.  I think, to my knowledge, Augusto -- well,
16  once on campus he became almost violent.  I was having
17  a coffee with Adam, like everyone -- like you also
18  think, I guess, right, that we had an affair, which is
19  not true.  And I didn't know everyone else thought we
20  had an affair.  So we would have coffee in the open at
21  the university.  We did not hide.  So we have coffee.
22          Then my ex-husband appears out of nowhere, and
23  he starts saying what are we doing drinking coffee
24  together?  And he would try to grab me.  I had to call
25  911.  Or, actually, there was a phone number for FIU

12 (Pages 42 to 45)

Drisin vs. Florida                                    July 24, 2018

Page 46

```
 1    police.  So he was causing trouble.  And he tried -- I
 2    think he again tried to push Adam.
 3        Q.  So why did you feel the need to write to the
 4    dean of the School of Architecture to apologize?
 5        A.  Because also I have heard that I was not in
 6    school or maybe I was not at School of Architecture
 7    that day, that he came in screaming all the bad words
 8    that he could scream, saying my name, Adam's name, and
 9    that we are both having an affair.
10        That is why I thought, since everybody heard
11    that, I would like to write and explain that this is
12    incorrect, and that my ex-husband is crazy, which he
13    is.
14        Q.  Are you aware that your husband did go to FIU
15    and was screaming that Adam Drisin apologized to him
16    for sending you inappropriate e-mails?
17        A.  I don't remember.  He could have.  I don't
18    know.
19        Q.  Now, you were interviewed in connection with
20    FIU's investigation of Andrea Rivera's complaints
21    against Adam Drisin, right?
22        A.  Yes, finally, the last one, after everyone
23    else was interviewed.  I was interviewed, and it was
24    very biased.  When I came in, people were -- not
25    people, I forgot her name, started just saying, oh, I
```

Page 47

```
 1    am here to find out who is covering up for whom.
 2        She did not listen to me.  Like, I don't know
 3    if that is a thing, how FIU starts an investigation,
 4    because the first investigation was actually quite
 5    nice.  The second one was very determined in their
 6    findings before they heard what I said.
 7        Q.  You're talking about your interview with
 8    Shirlyon McWhorter?
 9        A.  Yes.  Is that the one you're referring to?
10        Q.  Yes.
11        A.  Okay.
12        Q.  Yes.  You told Ms. McWhorter that on the night
13    in question, you were in bed with Adam Drisin, right?
14    That you were sleeping in the bed?
15        A.  And Lorena was sleeping in that same bed.
16        Q.  And you were in the bed?
17        A.  Yes.
18        Q.  And you told her that you woke up to see
19    Andrea Rivera naked on top of Adam Drisin, right?
20        A.  Yeah.  I woke up because I was brushed by
21    Andrea's knee.
22        Q.  And you told the investigator that when you
23    saw them, you stood up and stated, I can see you,
24    right?
25        A.  First, before I stood up, I actually heard, I
```

Page 48

```
 1    don't know if it is in the notes, but I told Shirlyon
 2    that I heard Andrea say, I want to fuck you and I want
 3    you to fuck me.  And then I stood up.  And then I said,
 4    I can see you.
 5        Q.  And neither of them responded, right?
 6        A.  Neither of them responded.
 7        Q.  And then you told the investigator that you
 8    asked Andrea Rivera whether she was enjoying herself or
 9    whether she liked it, to which she responded yes,
10    correct?
11        A.  Correct.
12        Q.  And isn't it true that you also told Shirlyon
13    McWhorter that you were surprised and really angry
14    about what had happened between Drisin and Rivera, but
15    that you didn't know why you felt that way?
16        A.  I told her why I was upset.  I was upset at
17    Andrea's behavior.
18        Q.  I'm talking about at the time you saw them,
19    you woke up and saw them, you were upset and angry?
20        A.  At Andrea, because that is not what a person
21    would do with someone who is sleeping and is not giving
22    any kind of clue that he wants it or wanted to do
23    anything with her.
24        Q.  You told the investigator that your
25    relationship with Adam Drisin was strictly
```

Page 49

```
 1    professional, correct?
 2        A.  Correct.
 3        Q.  And you told Ms. McWhorter that Drisin was
 4    your mentor?
 5        A.  Correct.
 6        Q.  Do you have any other mentors at FIU?
 7        A.  I would consider Gray Read being my mentor.
 8        Q.  Who?
 9        A.  Gray Read.  Not at the current moment, because
10    we have not been talking.
11        Q.  What was his position?
12        A.  Gray Read is a woman.  She is a professor.  We
13    did independent study together.  And we traveled
14    together to Charleston for three days.  We drove in the
15    same car.  It was a wonderful experience.
16        Actually, that article that we wrote on was
17    published, and she -- I'm a co-author, so I'm proud of
18    that.  And usually in such collaborations with your
19    mentors, they result in something really rewarding.
20        Not with Adam, apparently.  I'm really sorry
21    for whatever is happening to him.  But from my
22    experience from my other university as well, usually
23    such collaborations are instrumental in one's life.
24        Q.  At FIU, any other mentors that you had?
25        A.  No.  Well, like David Rifkind, I don't think
```

13 (Pages 46 to 49)

Page 50

1    he is my mentor, but I would look up at him as well.
2         Q.   Who is that?
3         A.   David Rifkind.  I was assigned -- he was my --
4    I was doing graduate assistantship with him when I was
5    teaching history the semester before I was graduate
6    assistant for Adam.
7         Q.   Did he ever send you sexually graphic e-mails?
8         A.   David Rifkind?
9         Q.   Yes.
10        A.   No.
11        Q.   Okay.  Have you ever had another mentor who
12   wrote to tell you that you looked so fucking sexy that
13   he was aroused?
14        A.   No.
15        Q.   Now, you have gone out of your way to assist
16   Adam Drisin in litigation initiated against him by
17   Andrea Rivera, right?
18        A.   Can you rephrase the question?  Because I'm
19   not sure what you're asking.
20        Q.   You have taken steps to assist Adam Drisin in
21   his litigation that was brought against him by Andrea
22   Rivera, right?
23        A.   Correct.
24        Q.   Okay.  And who asked you to do that?
25        A.   I wrote my affidavit on my own because I felt

Page 51

1    that it is completely ridiculous what FIU has done to
2    Adam, not FIU, but maybe Andrea.  I don't know who.
3    But to take my testimony, and I'm a witness, and
4    disregard it and say, no, he is still sexually
5    harassing someone while I saw that it was untrue, I
6    felt that I can't believe that the university that you
7    have love for can be so dishonest.
8         Q.   So you wrote all the text of the affidavit
9    that you signed by yourself?
10        A.   I wrote the affidavit.
11        Q.   No assistance?
12        A.   I think Howard looked over that.
13        Q.   Mr. Levine?
14        A.   I sent it to him.
15        Q.   Did he make changes?
16        A.   No.
17        Q.   No changes?
18        A.   No changes.  Maybe there was the beginning
19   of -- like the way how you professionally make it look,
20   so the template I had, like the beginning of it.
21        Q.   Okay.  So let me mark the affidavit as Exhibit
22   37.
23             When did you learn English?
24             (Thereupon, the document referred to was
25   marked as Exhibit No. 37 for Identification.)

Page 52

1         A.   In Russia you usually do it when you go to
2    elementary school and study because it's the
3    international language.  But it was very weak.  So when
4    I started my bachelor's degree, because my specialty
5    was English and English literature, so I guess in
6    2000 -- when I was 17 I started learning it more
7    intently.
8         Q.   So what we have marked as Exhibit 37 is your
9    affidavit, affidavit of Larisa Sherbakova, and if you
10   look at the second-to-the-last page, 15, can you
11   confirm that that is your signature?
12        A.   Correct.
13        Q.   And you signed this in June of 2016, correct?
14   20th day of June, 2016?
15        A.   Uh-huh.
16        Q.   Yes?
17        A.   Correct.
18        Q.   And it's your testimony that this is a
19   document that you prepared completely on your own other
20   than with respect to the template of it?
21        A.   Correct.
22        Q.   Okay.  Now, there were some additional
23   allegations or statements in your affidavit that you
24   were going to verify, but then because Ms. Rivera
25   dropped some allegations out of her complaint, it was

Page 53

1    not necessary to add them.
2             Do you recall that?
3         A.   Yes.
4         Q.   And did you draft those on your own as well?
5         A.   Yes.
6         Q.   Did you have any help?
7         A.   No.
8         Q.   Let me mark as Exhibit 38 the supplemental
9    allegations of your affidavit.  And can you confirm
10   that those are statements which you were willing to
11   attest to under oath?
12             (Thereupon, the document referred to was
13   marked as Exhibit No. 38 for Identification.)
14        A.   Yes, it is true.  I wrote that.
15        Q.   These, again, you wrote with no help?
16        A.   No, I wrote it with no help.
17        Q.   In paragraph 55, it states:  Drisin and I had
18   not had a physically intimate relationship.  I
19   considered him to be a friend and a mentor, as he was
20   to others as well, and I believe he felt the same way
21   about me.  The friendship has grown out of a strictly
22   professional relationship in which Drisin has provided
23   me with academic and career guidance.
24             Those are your words?
25        A.   Yes.  Yes, I couldn't find it.  Is it 55 or --

14 (Pages 50 to 53)

Drisin vs. Florida                                           July 24, 2018

## Page 54

1   Q.   Fifty-five on the supplement 38.
2   A.   Okay.  Yes.
3   Q.   What does the word "postulation" mean?
4   A.   Where is that?
5   Q.   Do you know what the word means,
6   "postulation"?
7   A.   Can you please point to where it is?
8   Q.   No.  I'm just asking you the question.
9        Do you know what the word "postulation" means?
10   A.   I do know this word, but it is hard for me to
11   explain what it means.  I usually use it, but I need to
12   have the context.  English is not my first language.
13   Whenever I write, I take my time to write.
14   Q.   Okay.  And what about the term "tempest in a
15   teapot," do you know what that means?
16   A.   Yeah, it is a proverb.  It is phrase that is
17   used.
18   Q.   So what academic and career guidance did Adam
19   Drisin provide you in explaining his erotic dreams
20   about you?
21   A.   I don't -- can you rephrase the question?
22   Q.   Sure.  You say that Adam Drisin provided you
23   with academic and career guidance.
24        What academic and career guidance was he
25   affording you in explaining erotic dreams he had about

## Page 55

1   you?
2   A.   It was not in that e-mail where he was
3   providing me with academic and career guidance.
4   Q.   Okay.  Is it your testimony today under oath
5   that your relationship with Adam Drisin was strictly
6   professional?
7   A.   Like we saw all the e-mails, I also admit it
8   was flirtatious.  I admit that.
9   Q.   Okay.  You don't say that in these.  Part of
10   your affidavit says:  I consider him to be a friend and
11   mentor and it is a strictly professional relationship
12   in which Drisin has provided me with academic and
13   career guidance.
14        That is not really true, is it?
15   A.   It is true, because that is what mainly he is
16   doing.  You know, whenever you start digging out all
17   these e-mails, which are personal e-mails, which do not
18   interfere in my professional relationship with Adam,
19   and this flirtatiousness was brought to federal court.
20        And I find it ridiculous.  It has no bearing
21   on anything that is related to the case, nor my
22   professional development.
23        And, yes, he wrote me that e-mail.  Yes, I
24   wrote back flirtatious e-mails.  I don't see any crime
25   in that.  I don't.

## Page 56

1        That is why I put the purpose of this
2   statement, yes, he was professionally and academically
3   intertwined.  I don't think our flirtatious e-mails are
4   in any way interfering in the case and what I saw.
5        What I saw happen to Adam is unfair.  That is
6   why I stepped in.  That is why everything I wrote is
7   correct and it is for myself.  I have seen what
8   happened and seen what the aggressor, Andrea, who --
9   and he wanted to stop her and he did.  He pushed her
10   off of him.  And she felt rejected and she felt ashamed
11   of her and she made it all up.  And now we are sitting
12   here two years later discussing my flirtatious e-mails
13   that have no -- no connection to what happened.  And I
14   am -- I don't know.
15   Q.   Andrea Rivera never told you she felt
16   rejected, did she?
17   A.   She did not.
18   Q.   Okay.  So that is your assumption?
19   A.   It is my assumption, because if you -- if you
20   are asking me since we are here, imagine a person
21   professionally talking throughout the whole night, then
22   she's all over what she is doing, she is smiling and
23   she says she likes it, and then when she's been pushed
24   off, she pretends to go under the blanket and sleep.
25        She was ashamed of herself.  And then when she

## Page 57

1   got home she first was crying and saying, I'm so sorry,
2   you know, I'm so sorry you saw that.  It is terrible.
3   You know, I should not have done it.
4        And then all of a sudden she decided, oh, no,
5   actually, I don't think I remember anything.  Oh, by
6   the way, my tampon is somewhere there.
7        So this whole case, and we're discussing my
8   flirtatious e-mails, which were never disturbing
9   anyone.  It was between me and Adam.
10        And, yes, you don't believe me that what I saw
11   is true.  Not you, I'm sorry.  I'm not -- I am being
12   maybe too personal, but I'm furious.
13   Q.   Why have you lost touch with Adam Drisin?
14   A.   He lives all the way up north, and it's very
15   hard to keep in touch when I have, like, three jobs.
16   Besides, I do real estate and I'm an adjunct.  I love
17   teaching, you know.  As much as they claim that my
18   graduate assistantship is for nothing, I'm good at
19   teaching, and I have always been.
20        And we just didn't have time.  And, actually,
21   we were very connected during this whole time, because
22   this case brought us together.  We were probably very
23   different, and our marriages at that time were sinking,
24   so we became friends.
25        But nowadays, since everything is kind of

## 15 (Pages 54 to 57)

Drisin vs. Florida                                      July 24, 2018

Page 58

1  normal, besides this still continuing, I guess we just
2  don't see each other as much.
3      Q.  Okay.
4      A.  But he is my good friend and Andrea was my
5  good friend.  If I saw her being mistreated, I would
6  have never just sit there and do nothing and be here
7  protecting Adam.  For what?
8          Like I don't understand.  How is the case
9  being made?  What is my point to protect Adam?  What is
10 the point?
11         Like my point of my testimony and being drug
12 through all this, missing my day of work, paying
13 enormous money for parking garage, like I have nothing
14 else to do?
15         But, really, what happened to him is unfair.
16 It is the system, I realize.  But it is just not what
17 students at FIU are being taught.  At FIU you're taught
18 that, you know, you should be honest and everything
19 will be fine and you will achieve your status.
20         No, you know, you're honest and no one
21 believes you because of stupid rumors which are not
22 true.
23         MS. RAGATZ:  I'm going to take a
24 couple-minute break and I may be done.
25         THE VIDEOGRAPHER:  Off the record at 4:11.

Page 59

1          (Thereupon, a brief recess was taken.)
2          THE VIDEOGRAPHER:  We're back on the
3  record at 4:21.
4  BY MS. RAGATZ:
5      Q.  Thank you.  Did you ever meet Adam Drisin's
6  ex-wife?
7      A.  I don't -- no, I did not.
8      Q.  Ever go to his home?
9      A.  Yes, I did.
10     Q.  On how many occasions?
11     A.  It was with my mom when he invited us for
12 lunch.
13     Q.  Was his wife there?
14     A.  She was not there.
15     Q.  Okay.  Are you aware that Adam Drisin has
16 remarried?
17     A.  Has what?
18     Q.  Remarried.
19     A.  No.
20     Q.  You didn't know that?
21     A.  What does that mean?
22     Q.  He was married again four months ago.
23     A.  No.
24     Q.  You weren't aware of that?
25     A.  No.

Page 60

1      Q.  Have you spoken on the phone to Howard Levine
2  today?
3      A.  No.
4      Q.  Have you spoken on the phone to Adam Drisin
5  today?
6      A.  No.
7      Q.  What is your telephone number?
8      A.  786-298-3556.
9      Q.  That is your personal cell phone?
10     A.  Yes.
11     Q.  Do you have a work cell phone?
12     A.  No.
13     Q.  Who is your carrier?
14     A.  AT&T.
15         MS. RAGATZ:  Okay.  I have nothing
16 further.
17         MR. LEVINE:  Just a couple of questions.
18              CROSS EXAMINATION
19 BY MR. LEVINE:
20     Q.  What was your major when you were in the
21 university in Moscow?
22     A.  It was philology and literature.
23     Q.  And do you take pride in your written English?
24     A.  Yes, I do.
25     Q.  Do you recall when you composed the affidavit

Page 61

1  for the Doe versus Drisin case that I commented
2  regarding the quality of your writing?
3      A.  Yes.  I think you did say that it is beautiful
4  writing.
5      Q.  Do you believe that clear prose is a
6  reflection of clear thinking?
7          MS. RAGATZ:  Object to the form.
8  BY MR. LEVINE:
9      Q.  You can answer.
10     A.  Yes.
11     Q.  Is there anything in the affidavit that you
12 looked over before you came here today that contains
13 any information that would be inconsistent with
14 information that you provided in your interview with
15 Ms. McWhorter?
16     A.  Can you repeat the question?
17     Q.  Is there anything in your affidavit that you
18 prepared in the Doe v. Drisin case that is inconsistent
19 with anything that you told Ms. McWhorter during your
20 interview into the investigation of Andrea Rivera's
21 complaint against Drisin?
22     A.  Well, from what I remember seeing, the summary
23 of what she wrote, she basically did not -- she did not
24 ask me about the condom, let's say.  That was never
25 asked, if that is what you're referring to.

16 (Pages 58 to 61)

Drisin vs. Florida                                July 24, 2018

### Page 62

1    Q.  I'm -- not to a question that I do have.
2         Do you recall whether Ms. McWhorter asked you
3    first whether you saw a condom?
4    A.  Oh, she did not ask me that.
5    Q.  Do you recall whether she asked you whether
6    you told Andrea that you saw a condom?
7    A.  No.  There was no -- there was no condom at
8    the conversation with Shirlyon.
9    Q.  If Ms. McWhorter did ask you, how would you
10   have responded whether you saw a condom?
11        MS. RAGATZ:  Object to the form.  Excuse
12   me.  Excuse me.  Object to the form.  Calls for
13   speculation.  You can answer.
14   A.  Clearly, if she would have asked me, I would
15   say that there was no condom and it is a lie that such
16   a statement would be in her files.
17   Q.  Do you recall whether Ms. McWhorter asked you
18   whether Andrea told you that she found -- that she
19   discovered that the tampon was lodged deeply inside
20   her?
21   A.  She said something about the condom, but I --
22   she did not ask me if I -- she did not go in details
23   about that.
24        But I think I remember I told her that I did
25   not see the condom -- did not see the tampon.  And,

### Page 63

1    actually, when I went to the bathroom, it was not in
2    the trash can as it was stated.
3    Q.  Could you elaborate what you mean by "as it
4    was stated"?
5    A.  Well, I remember when I was looking over the
6    report that McWhorter, Shirlyon, had filed, she said
7    that Andrea claims that she threw away -- that she
8    threw away the tampon.
9         So when I went to the bathroom, there was
10   nothing  there, and I was never asked if I saw the
11   condom -- I saw the tampon.
12   Q.  Do you recall when Andrea told you about the
13   tampon, whether Andrea told you what she did with the
14   tampon?
15   A.  I don't remember.  Can you rephrase the --
16   Q.  Did Andrea tell you that she -- is it correct
17   that she told you at some point that she was able to
18   remove the tampon?
19   A.  Yes.  She told me she was able to remove the
20   condom.
21   Q.  Did she -- the tampon?
22   A.  Yes.
23   Q.  Or the condom?
24   A.  The tampon.  I'm sorry.  I'm sorry.  I'm
25   getting tired.

### Page 64

1    Q.  And did she tell you what she did with the
2    tampon when she removed it, do you recall?
3    A.  No.  I don't recall what she did with the
4    tampon.
5    Q.  What --
6    A.  She threw it away.  Is that what you mean?
7    Q.  I mean if she told you that she threw it away
8    or if she told you that she flushed it down the toilet
9    or did she not specify?
10   A.  She said threw it away.
11   Q.  Or do you not recall?
12   A.  She said she threw it away.
13   Q.  Okay.  And if she had thrown it in the trash,
14   would that be something that you would have seen?
15   A.  Yeah, I think I would have seen it, but I have
16   not seen any tampons.
17   Q.  I believe you testified something about the
18   beginning of the interview and a comment relating to
19   covering, who's covering for whom, and I didn't feel
20   that it projected clearly what it was that you were
21   communicating.
22        Would you mind describing what it is that you
23   were referring to and what happened at the beginning of
24   your investigation?
25   A.  Yes.  I felt that when I came in to Shirlyon's

### Page 65

1    office, she already had assumed whose fault is that and
2    she had already conducted all her investigation and
3    that, you know, I was just needed to fit the puzzle and
4    I was not -- she did not believe me.  I had the feeling
5    because she said, look, I have to find out who is
6    covering for whom and, you know.
7    Q.  Did you understand what she meant by that?
8    A.  Yes.  She was trying to make it work so that,
9    you know, we have an affair, which is untrue, and that
10   is why I'm not telling the truth.
11   Q.  I'm going to ask you another speculative
12   question.  If you know, you can answer or do the best
13   that you can.
14        MS. RAGATZ:  So I ask you to pause before
15   you give your answer to give me an opportunity to
16   object.
17        Go ahead.
18   BY MR. LEVINE:
19   Q.  If you were having an affair with Adam Drisin,
20   would that have had any bearing on the testimony that
21   you gave to Ms. McWhorter in the investigation
22   interview?
23        MS. RAGATZ:  Object to the form.  Calls
24   for speculation.
25   A.  No, it would not have had any influence on my

17 (Pages 62 to 65)

Drisin vs. Florida                                    July 24, 2018

## Page 66

1    report.  I reported and testified to what I saw, which
2    is Andrea being a sexual aggressor and Adam pushing her
3    off of him.
4        Q.  Did Ms. McWhorter ever indicate to you why it
5    was that she thought that a relationship between you
6    and Adam Drisin would have constituted, quote -- would
7    have created a need for you to, quote, cover?
8        A.  Can you repeat the question?
9        Q.  Was there anything Ms. McWhorter said to you
10   that indicated why she thought that your credibility
11   would be impacted by whether you had a relationship
12   with Adam Drisin?
13       A.  I don't remember that she clearly stated that,
14   look, there is a rumor going around that you have an
15   affair.  But she did ask a lot of questions about
16   Adam's other -- if I heard of him having affairs with
17   other students or such things or asking me about if I
18   went on a romantic trip with him.  I don't remember if
19   she asked me that or not.
20           But she was trying to ask about graduate
21   assistantship and how it affected my testimony.
22       Q.  And did Ms. McWhorter mention any of the
23   letters, e-mails that we -- that you have described
24   today as flirtatious e-mails during that investigation?
25       A.  No, she has not brought them up.

## Page 67

1            MR. LEVINE:  That's all I have.
2            MS. RAGATZ:  I have a couple more.
3            REDIRECT EXAMINATION
4    BY MS. RAGATZ:
5        Q.  In response to Mr. Levine's questions, you
6    mentioned that you reviewed Shirlyon McWhorter's
7    report, correct?
8        A.  The statement that Adam received in the very
9    end that said he is -- he's commit sexual harassment,
10   that report I read.
11       Q.  Where did you get it?
12       A.  I think Adam showed it to me about two years
13   ago, whenever it all happened.
14           MS. RAGATZ:  Okay.  All right.  Nothing
15   further.
16       Thank you.
17       THE WITNESS:  Thank you.
18       THE VIDEOGRAPHER:  Off the record at 4:31.
19       (Thereupon, the deposition was concluded
20   at 4:31 p.m.)
21
22
23
24       EXCEPT FOR ANY CORRECTIONS MADE
         ON THE ERRATA SHEET BY ME,
25       I CERTIFY THIS IS A TRUE AND

## Page 68

1        FURTHER DEPONENT SAYETH NOT.
2
3        _____,
         LARISA SHERBAKOVA
4
5    STATE OF FLORIDA   )
                        ) SS.
6    COUNTY OF MIAMI-DADE )
7    Sworn to and subscribed before
     me this_____day of_____2018.
8    PERSONALLY KNOWN _____OR ID._____
9
10
11       _____
12       Notary Public in and for
         The State of Florida at Large
         My commission expires:
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 69

1            CERTIFICATE OF OATH
2    STATE OF FLORIDA:
             SS.
3    COUNTY OF DADE:
4
         I, the undersigned authority, certify
5
     that LARISA SHERBAKOVA, personally appeared before
6
     me and was duly sworn.
7
         WITNESS my Hand and Official Seal this
8
     1st day of August, 2018.
9
10
11       _____
         SALLY STARK, COURT REPORTER
12       Notary Public - State of Florida
         Commission No. FF 976823
13       Expires 5-13-2020
14
15
16
17
18
19
20
21
22
23
24
25

18 (Pages 66 to 69)

Drisin vs. Florida                                                July 24, 2018

Page 70

```
1              REPORTER'S CERTIFICATE
2    STATE OF FLORIDA:
              SS.
3    COUNTY OF DADE:
4
          I, SALLY STARK, Court Reporter and Notary
5
     Public in and for the State of Florida at Large, do
6
     hereby certify that I was authorized to and did
7
     stenographically report the foregoing deposition; and
8
     that the transcript is a true record of the testimony
9
     given by the witness.
10
          I further certify that I am not of
11
     counsel, am not related to nor employed by any attorney
12
     to this suit and am not financially interested in the
13
     outcome thereof.
14
          Dated this 1st day of August, 2018.
15
16
17
18            SALLY STARK
              Court Reporter
19
20
21
22
23
24
25
```

Page 72

```
1              ERRATA SHEET
2    Re:    ADAM DRISIN vs. FLORIDA INTERNATIONAL
            UNIVERSITY BOARD OF TRUSTEES, et al
3    Depo of: LARISA SHERBAKOVA
     Taken:  July 24, 2018
4
     DO NOT WRITE ON TRANSCRIPT ENTER ANY CHANGES HERE
5
     Page #  Line #    Change        Reason
6    ____|____|_____|_____
7    ____|____|_____|_____
8    ____|____|_____|_____
9    ____|____|_____|_____
10   ____|____|_____|_____
11   ____|____|_____|_____
12   ____|____|_____|_____
13   ____|____|_____|_____
14   ____|____|_____|_____
15   ____|____|_____|_____
16   ____|____|_____|_____
17   ____|____|_____|_____
18   ____|____|_____|_____
19   ____|____|_____|_____
20
21   STATE OF FLORIDA)
22   COUNTY OF MIAMI-DADE )
23   Under penalties of perjury, I declare that I have read
     my deposition transcript, and it is true and correct
24   subject to any changes in form or substance entered
     here.
25   _____    _____
```

Page 71

```
1    August 1, 2018
2    TO:   LARISA SHERBAKOVA
            1035 West Avenue
3           Apartment 403
            Miami Beach, Florida 33139
4
5    Re:    ADAM DRISIN vs. FLORIDA INTERNATIONAL
            UNIVERSITY BOARD OF TRUSTEES, et al
6    Depo of: LARISA SHERBAKOVA
     Taken:  July 24, 2018
7    Number of Pages:  72
     Available for Reading until September 1, 2018
8
9    Dear Ms. Sherbakova:
10      This is to advise you that the transcript of your
     deposition is completed and is available at this time
11   for your reading and signing.
        Please arrange to conclude this matter at your
12   earliest convenience.  We would suggest that you
     telephone this office and arrange an appointment
13   suitable for all concerned, or you may arrange to
     receive a copy of your transcript from any of the
14   attorneys on the case.
        If the reading and signing has not been concluded
15   prior to the above-referenced date, I shall then
     proceed to file the original of said transcript with
16   the party who took the deposition, without further
     notice to any parties.
17      Your prompt attention to this matter is
     appreciated.
18
19            Sincerely,
20
21            SALLY STARK, COURT REPORTER
22
23
24
25
```

19 (Pages 70 to 72)

Drisin vs. Florida

July 24, 2018

**A**

**ability** 7:25
**able** 19:12 37:4
63:17,19
**abnormal** 28:7
**above-referen...**
71:15
**abroad** 21:5
**academic** 53:23
54:18,23,24
55:3,12
**academically**
56:2
**accept** 18:12
**access** 14:24
15:1
**accommodate**
6:7
**achieve** 58:19
**act** 28:12
**active** 43:4
**actual** 28:12
**Adam** 1:4 3:4,18
7:6 10:23
11:20 12:1,10
13:10 14:3,6
15:7 17:10
18:13 19:16
20:8 21:4,11
22:17 23:4,6
23:10,19,23
24:5,19 25:2
26:12 27:10
28:22 29:15
30:1,7,12,23
31:17,20 35:25
37:23 38:8,17
38:22 39:5,10
39:24 40:2,12
40:16,20 41:1
41:11,25 42:5
42:7,14 43:23
44:10,21 45:17
46:2,15,21
47:13,19 48:25
49:20 50:6,16

50:20 51:2
54:18,22 55:5
55:18 56:5
57:9,13 58:7,9
59:5,15 60:4
65:19 66:2,6
66:12 67:8,12
71:5 72:2
**Adam's** 46:8
66:16
**add** 53:1
**additional** 52:22
**address** 4:10
**adjunct** 57:16
**admit** 55:7,8
**advance** 32:4
**advise** 71:10
**afar** 21:10
**affair** 31:13
39:23 45:18,20
46:9 65:9,19
66:15
**affairs** 66:16
**affect** 7:25
**affidavit** 6:15
7:2 50:25 51:8
51:10,21 52:9
52:9,23 53:9
55:10 60:25
61:11,17
**affiliated** 10:15
10:18
**affording** 54:25
**aggressive** 28:15
**aggressor** 56:8
66:2
**agitated** 38:11
**ago** 6:16,17 7:7
7:8,10,12,15
13:7 37:6
41:16,16 59:22
67:13
**ahead** 65:17
**al** 71:5 72:2
**alcohol** 22:24
**Alexander** 16:12

**allegations** 52:23
52:25 53:9
**allowing** 18:11
**American** 8:4
**Andrea** 16:7
17:4 22:9 23:1
23:16,21 24:4
24:15,20,25
26:7 27:11
28:4,25 29:22
46:20 47:19
48:2,8,20
50:17,21 51:2
56:8,15 58:4
61:20 62:6,18
63:7,12,13,16
66:2
**Andrea's** 47:21
48:17
**angry** 48:13,19
**answer** 5:17,19
6:10 34:9
36:10 61:9
62:13 65:12,15
**answered** 36:11
**answering** 25:8
**answers** 5:12
**anticipation**
6:25
**anymore** 13:15
14:19,24
**Anyway** 26:12
**apartment** 4:11
23:11,19 24:1
24:13 29:15
71:3
**apologize** 46:4
**apologized** 46:15
**apparently**
49:20
**appearances** 2:2
3:14
**appeared** 69:5
**appearing** 41:11
**appears** 45:22
**appointment**

71:12
**appreciate** 5:13
**appreciated**
71:17
**appropriate**
33:3,7
**April** 45:2
**architecture**
1:13 7:21 9:13
25:4 45:10
46:4,6
**aroused** 32:23
33:4 35:16
50:13
**Arquitectonica**
10:2,4
**arrange** 71:11
71:12,13
**article** 49:16
**Arts** 1:13 37:24
39:9 40:9
**ashamed** 29:6
56:10,25
**asked** 21:6 24:4
24:5 26:8 32:6
48:8 50:24
61:25 62:2,5
62:14,17 63:10
66:19
**asking** 14:15
18:19,20 27:2
27:8 30:16
50:19 54:8
56:20 66:17
**asleep** 25:10,14
25:14
**assaulted** 29:23
**assigned** 50:3
**assist** 50:15,20
**assistance** 51:11
**assistant** 11:14
11:19 12:2
50:6
**assistants** 40:23
**assistantship**
11:22 50:4

57:18 66:21
**assume** 5:20
34:14
**assumed** 65:1
**assumption**
56:18,19
**AT&T** 60:14
**Atlantic** 9:14,18
**attend** 21:4
**attention** 71:17
**attest** 53:11
**attorney** 6:20,22
41:11 70:11
**attorneys** 71:14
**audible** 5:10,12
**August** 69:8
70:14 71:1
**Augusto** 8:14,21
45:15
**authority** 69:4
**authorized** 70:6
**available** 71:7
71:10
**Avenue** 2:5 4:11
71:2
**awakening**
26:13
**aware** 31:10
38:20,24,25
39:4,8 46:14
59:15,24
**awkward** 26:7
28:6 29:21

**B**

**B** 1:8 2:20 3:5
**bachelor's** 52:4
**back** 9:8 14:21
15:4 21:9
36:13 43:15,18
55:24 59:2
**background**
16:1
**bad** 24:8 46:7
**Baileys** 23:20
24:15
**ball** 37:24 38:3

Drisin vs. Florida                                                July 24, 2018

38:17 39:9
**ballet** 15:19
**banished** 42:16
**bar** 41:5
**base** 16:17
**based** 16:23
**basically** 11:14
  17:6 19:21
  30:19 61:23
**bathroom** 24:4,6
  24:7,12 63:1,9
**Beach** 2:6 4:11
  7:17 9:3 11:6
  71:3
**bearing** 55:20
  65:20
**beat** 44:15
**beautiful** 18:10
  19:25 32:19
  61:3
**bed** 25:13,16
  27:14 47:13,14
  47:15,16
**beginning** 51:18
  51:20 64:18,23
**behalf** 1:24 2:3,7
  3:20
**Behamon** 23:14
  23:15,16
**behavior** 42:15
  48:17
**believe** 18:13
  25:24 26:10
  29:12 51:6
  53:20 57:10
  61:5 64:17
  65:4
**believed** 18:3
  28:18
**believes** 58:21
**belittled** 18:3
**bench** 33:23
  34:12
**best** 65:12
**bet** 43:3
**better** 15:21

21:9
**biased** 46:24
**birth** 4:15
**black** 18:6
**blaming** 42:25
**blanket** 56:24
**blocked** 14:25
**Board** 1:7 3:5
  71:5 72:2
**body** 1:7
**bottle** 24:14
**bottom** 31:19
**break** 6:7,10
  58:24
**breaks** 6:6
**breasts** 32:22
**Brian** 1:12 3:6
  45:9
**Brickell** 1:17
  2:10 3:11
**brief** 59:1
**bringing** 29:18
**broke** 18:7,13
  20:11,24
**broker** 10:15
**brought** 29:16
  29:19 50:21
  55:19 57:22
  66:25
**brushed** 47:20
**brushing** 25:20
**building** 6:2
**bus** 43:15

─────────
**C**
─────────
**call** 12:24 38:14
  45:24
**called** 4:1 11:9
  11:22,25 12:1
  16:11 41:4
**Calls** 62:12
  65:23
**campus** 45:16
**capacity** 1:8,9
  1:11,12,13
**car** 38:12 43:19
  43:20 49:15

**Cardozo** 9:5
**career** 53:23
  54:18,23,24
  55:3,13
**carrier** 60:13
**case** 1:2 3:3,7,21
  15:24 28:22
  40:22 55:21
  56:4 57:7,22
  58:8 61:1,18
  71:14
**cause** 37:11
**causing** 45:13
  46:1
**cell** 60:9,11
**CERTIFICATE**
  69:1 70:1
**certify** 67:25
  69:4 70:6,10
**change** 17:2
  72:5
**changes** 51:15
  51:17,18 72:4
  72:23
**chapters** 15:12
**characters** 13:21
  14:21 16:11,19
**Charleston**
  49:14
**cheating** 31:13
**Chief** 1:11
**child** 6:2
**children** 8:19
**Christopher** 2:9
  3:19
**citizen** 8:5
**citizenship** 8:3
**claim** 57:17
**claiming** 29:23
**claims** 63:7
**class** 15:19
**clear** 61:5,6
**clearly** 62:14
  64:20 66:13
**close** 17:7
**closer** 44:12

**closest** 44:11
**clue** 48:22
**co-author** 49:17
**coast** 20:1
**cock** 35:17
**coffee** 13:3 45:17
  45:20,21,23
**collaborations**
  49:18,23
**College** 1:12
  45:10
**come** 19:5,8 24:6
  38:4 41:4
  43:12
**comes** 19:10
  27:13 37:2
**comment** 64:18
**commented** 61:1
**commission**
  68:12 69:12
**commit** 67:9
**communicated**
  7:5,13 9:6
**communicating**
  64:21
**communication**
  15:23
**company** 19:2
**complaint** 39:9
  39:12,15,19
  40:11,13 41:25
  42:1 52:25
  61:21
**complaints**
  46:20
**completed** 71:10
**completely** 26:2
  35:16 51:1
  52:19
**composed** 60:25
**computer** 31:11
**concerned** 43:23
  71:13
**conclude** 71:11
**concluded** 67:19
  71:14

**condom** 28:18
  28:23,24 61:24
  62:3,6,7,10,15
  62:21,25 63:11
  63:20,23
**conducted** 65:2
**confirm** 52:11
  53:9
**connected** 57:21
**connection**
  46:19 56:13
**conscious** 29:9
**consider** 33:1,5
  34:1 36:2,5
  49:7 55:10
**considered**
  53:19
**constituted** 66:6
**consuming**
  22:24
**contains** 34:23
  61:12
**context** 54:12
**continued** 35:3
**continuing** 58:1
**contributed** 15:5
**convenience**
  71:12
**conversation**
  25:7,11 41:10
  41:13 62:8
**conversations**
  19:2 30:15
**Coordinator**
  1:10
**copy** 71:13
**corporate** 1:8
**correct** 4:9 8:15
  9:11,14,15
  10:7 12:3
  21:23 22:10,21
  23:12,17,18
  33:20 34:14,20
  38:8 40:6,13
  41:9 45:10
  48:10,11 49:1

49:2,5 50:23
52:12,13,17,21
56:7 63:16
67:7 72:23
**CORRECTIO...**
67:24
**Cote** 19:20
**counsel** 3:14
70:11
**counsel's** 3:22
**counted** 10:13
**COUNTY** 68:6
69:3 70:3
72:21
**couple** 4:20 31:6
37:5 60:17
67:2
**couple-minute**
58:24
**course** 16:24,24
21:7 25:9
**court** 1:1 3:15
5:11 55:19
69:11 70:4,18
71:21
**cover** 66:7
**covering** 47:1
64:19,19 65:6
**crack** 21:8
**crazy** 46:12
**created** 14:20
15:3 16:11
30:10 66:7
**creative** 34:3
**credibility** 66:10
**crime** 55:24
**criminal** 5:5
**crisis** 44:4
**Cross** 2:17 60:18
**crying** 57:1
**cuddled** 42:21
**cuddling** 42:21
43:9
**current** 4:10
49:9
**currently** 8:8

9:24
**curve** 32:21

**D**

**D** 1:19,19,20
2:15
**d'Azur** 19:20
**DADE** 69:3 70:3
**dance** 16:18,20
**dancer** 16:15
**dancing** 38:8,10
**date** 4:15 10:5,7
21:25 22:2
30:16,17,18
71:15
**dated** 17:11 42:7
70:14
**David** 11:23
49:25 50:3,8
**Davidovich**
16:12
**day** 24:22 28:5
29:14 39:8
40:10,10 46:7
52:14 58:12
68:7 69:8
70:14
**days** 19:6 31:6
49:14
**dean** 1:12 45:1,9
46:4
**Dear** 32:1,9 71:9
**December** 17:2
17:3,11 21:21
36:22
**decided** 24:9
30:2 57:4
**declare** 72:22
**deeply** 19:3
62:19
**Defendant** 1:24
2:7
**Defendant's**
2:21,21,22,22
2:23,23,24
14:3,4
**defendants** 1:15

3:21
**define** 12:15
**degree** 9:13,22
10:9 52:4
**deny** 30:25
**Depo** 71:6 72:3
**DEPONENT**
68:1
**deposition** 1:24
3:9,10 4:17,21
5:22 6:14,25
14:3,5 17:17
31:17,18 41:15
41:17 42:5,6
45:1 67:19
70:7 71:10,16
72:23
**describe** 12:9,17
13:1 15:22
23:25 35:11
**described** 33:10
33:22 34:11,15
34:17,19 66:23
**describes** 33:19
**describing** 64:22
**design** 11:4,5
**designing** 11:5
**destroying** 30:1
**details** 62:22
**determined** 47:5
**developing**
11:14
**development**
25:4 55:22
**different** 57:23
**digging** 55:16
**dinner** 7:17
21:17,23 22:6
22:11,14,17,20
23:2
**direct** 2:17 4:3
11:20
**direction** 27:20
**Director** 1:10
**disappointed**
42:25

**discovered** 62:19
**discuss** 20:6
30:12
**discussed** 19:16
**discussing** 37:18
37:19,21 56:12
57:7
**dishonest** 51:7
**dislodged** 29:2
**disregard** 51:4
**distraction**
32:23
**DISTRICT** 1:1
1:1
**disturb** 13:9
34:2
**disturbed** 43:22
**disturbing** 16:3
26:1 57:8
**Diversity** 1:10
**divorce** 8:17
**document** 14:10
17:14 31:24
42:9 45:4
51:24 52:19
53:12
**documents** 7:3
**Doe** 61:1,18
**doing** 8:25 11:18
17:6 26:14
30:6 45:23
50:4 55:16
56:22
**draft** 53:4
**dragging** 38:15
**drama** 41:8
**drank** 22:11,14
22:17,21 23:1
24:20
**dream** 13:20
16:8 31:8,15
31:21 32:3,4,6
32:8,10,15
33:10,12,19,21
33:22,25 34:11
34:17,19,22

35:9,10,15
**dreams** 15:20
16:5 54:19,25
**dreamt** 34:23
**dressed** 27:17
28:3
**drink** 22:25 23:8
23:19,21,23
**drinking** 22:16
45:23
**Drisin** 1:4 3:4,18
7:6 10:23
11:20 12:1,10
13:10 14:6
15:7 17:4,11
19:16 20:8
21:4,11 22:17
23:4,6,23
27:10 28:9,10
30:7,12,23
31:20 37:18,20
37:23 38:2,8
38:17,22 39:5
39:10 40:12,16
40:20 41:1
42:7,14 43:23
46:15,21 47:13
47:19 48:14,25
49:3 50:16,20
53:17,22 54:19
54:22 55:5,12
57:13 59:15
60:4 61:1,18
61:21 65:19
66:6,12 71:5
72:2
**Drisin's** 14:3
18:14 23:10,19
29:15 31:17
41:11 42:5
44:10 59:5
**Drive** 1:17 2:10
3:11 9:3
**driving** 43:15,15
43:20
**dropped** 52:25

Drisin vs. Florida                                    July 24, 2018

**drove** 43:18
  49:14
**drug** 58:11
**drugged** 30:3,3
**drugs** 7:24 20:19
  30:2
**duly** 4:1 69:6

— E —

**E** 1:19,19,20
  2:15,20
**e-mail** 13:14,16
  13:17,18 14:6
  14:9,12,13,17
  14:19,25 15:11
  16:9 17:10,13
  18:2,17,24
  20:8,13 31:8
  31:11,14,18
  33:19 34:11
  35:14,22 36:2
  36:3,5,9,21,21
  37:17 38:22
  39:4,6,7 41:14
  41:14,18 42:7
  42:12,14 44:2
  45:1,3,12 55:2
  55:23
**e-mails** 13:22,24
  15:4 36:8
  41:24 46:16
  50:7 55:7,17
  55:17,24 56:3
  56:12 57:8
  66:23,24
**earliest** 71:12
**early** 23:9
**effect** 30:15
**either** 20:19
  22:19 28:22
  40:9 41:25
**elaborate** 63:3
**elementary** 52:2
**Elijah** 2:14 3:22
**else's** 24:12
**emotional** 41:6
  44:3

**employed** 9:24
  10:12,14 70:11
**employment**
  10:3
**encourage** 21:4
**encouraged** 21:7
**ended** 23:11
**ends** 35:14
**energy** 24:25
**English** 51:23
  52:5,5 54:12
  60:23
**enjoy** 19:1
**enjoying** 27:3
  48:8
**enormous** 58:13
**enrolled** 10:10
**ENTER** 72:4
**entered** 72:23
**Equal** 1:10
**erotic** 32:10
  54:19,25
**ERRATA** 67:24
  72:1
**ESQ** 2:4,8,9,14
**estate** 57:16
**et** 71:5 72:2
**event** 40:9
**events** 6:16
**everybody** 46:10
**ex-husband** 8:21
  31:11 39:24,25
  41:3,9 43:11
  43:16,19 44:20
  45:22 46:12
**ex-husband's**
  8:14
**ex-wife** 59:6
**exactly** 24:17
  29:24 30:9
  40:7
**EXAMINATI...**
  4:3 60:18 67:3
**examined** 4:2
**exams** 7:21
**exchanged** 15:4

**exchanges** 38:22
  39:5
**Excuse** 25:22
  62:11,12
**Executive** 1:11
**exhausted** 24:23
**exhibit** 2:21,21
  2:22,22,23,23
  2:24 14:3,4,11
  17:10,15,16
  31:17,25 36:24
  42:4,6,10
  44:25 45:5
  51:21,25 52:8
  53:8,13
**expensive** 6:4
**experience** 49:15
  49:22
**expires** 68:12
  69:13
**explain** 4:20
  46:11 54:11
**explaining** 28:11
  54:19,25
**explicit** 15:7,10
**explosively** 35:5
**exposed** 28:13
**extremely** 36:14
  36:16
**eyes** 26:9 32:18

— F —

**fact** 26:9 33:5
  43:1
**fall** 12:10 21:1
**false** 13:21
**familiar** 11:9
**family** 7:9 20:21
  20:23
**far** 7:20
**father** 19:24
**fault** 65:1
**features** 16:17
**federal** 55:19
**feel** 5:15 18:9
  19:2,11 37:2
  44:9 46:3

**64:19**
**feeling** 65:4
**feelings** 18:4
**fell** 25:10,13,14
**felt** 48:15 50:25
  51:6 53:20
  56:10,10,15
  64:25
**female** 23:10
**FF** 69:12
**fiction** 16:17,25
**fictional** 14:20
**Fifty-five** 54:1
**file** 71:15
**filed** 39:9,12,14
  39:17,19 40:11
  42:3 63:6
**files** 62:16
**filing** 42:2
**final** 24:22
**finally** 46:22
**financially** 70:12
**find** 29:7 31:12
  31:14 34:21
  47:1 53:25
  55:20 65:5
**findings** 47:6
**fine** 58:19
**first** 4:19 11:1
  26:24 35:2
  47:4,25 54:12
  57:1 62:3
**first-born** 6:2
**fit** 65:3
**FIU** 14:25 30:8
  39:9,21 40:12
  40:20 45:25
  46:14 47:3
  49:6,24 51:1,2
  58:17,17
**FIU's** 45:9 46:20
**five** 16:2
**flirtatious** 12:22
  12:23 13:1
  36:3 55:8,24
  56:3,12 57:8

**66:24**
**flirtatiousness**
  55:19
**flirty** 12:21
  15:24 33:6,7
**Florida** 1:1,7,8
  1:17 2:6,11 3:4
  3:11,22 4:12
  9:14,15,19
  10:10 68:5,12
  69:2,12 70:2,5
  71:3,5 72:2,20
**flushed** 28:19
  64:8
**following** 3:1
**follows** 4:2
**fondled** 33:20
**fondling** 33:11
**food** 29:17,18,19
**foregoing** 70:7
**forgive** 18:8
**forgot** 46:25
**form** 61:7 62:11
  62:12 65:23
  72:23
**forth** 14:21 15:4
**forward** 26:12
  33:13
**forwarded** 41:17
  42:2
**found** 15:19
  34:21 37:6
  62:18
**four** 59:22
**France** 18:22
  19:17,19,24
  37:18,19,20,22
**free** 5:16
**Friday** 30:23
  31:9 32:10,18
**friend** 20:4 40:2
  44:8,11,23
  53:19 55:10
  58:4,5
**friendly** 12:11
  12:18,19,22

15:23
**friends** 9:10
20:22 21:14
44:5,12 57:24
**friendship** 17:5
53:21
**fuck** 25:21,22
48:2,3
**fucked** 19:9
20:16
**fucking** 28:10
32:21 33:3
50:12
**full** 4:5
**fully** 27:17
**fun** 19:7,7
**furious** 57:12
**further** 60:16
67:15 68:1
70:10 71:16
**Furton** 1:11 3:6

─────── **G** ───────
**garage** 5:25
58:13
**general** 3:22
**Genoa** 21:1
30:22
**German** 20:4
**getting** 17:2
63:25
**give** 6:1 18:23
36:19 65:15,15
**given** 36:18 70:9
**giving** 37:21
43:3 48:21
**glass** 22:13
**go** 18:5 19:5,20
19:21,22,23
20:4 21:6,7,17
24:4 25:4
34:24 37:22
38:12 46:14
52:1 56:24
59:8 62:22
65:17
**goes** 15:17 26:16

35:8,14 42:24
**going** 5:19,22
6:1,4 7:8 17:9
18:22 19:16,19
20:3,4,6 21:14
31:16 32:9
34:8 37:18,19
38:1 41:8
44:14,25 52:24
58:23 65:11
66:14
**good** 57:18 58:4
58:5
**grab** 45:24
**grabbed** 38:13
**grabbing** 38:14
**graduate** 11:13
11:19 12:2
23:10 40:22
50:4,5 57:18
66:20
**graduation**
21:24
**graphic** 13:11,24
14:1 32:11
39:6 50:7
**Gray** 11:23 49:7
49:9,12
**great** 14:24
**green** 15:14
32:19
**group** 22:5
38:10
**Growlight** 11:10
11:19
**grown** 53:21
**guard** 18:5
**guess** 12:21 39:7
45:18 52:5
58:1
**guidance** 53:23
54:18,23,24
55:3,13
**guilty** 19:11 37:2
**guy** 10:21

─────── **H** ───────

**H** 2:20
**Hallandale**
44:24
**hand** 4:23 32:24
69:7
**handle** 30:13,18
30:20
**handling** 30:20
**hands** 27:20
38:15
**happen** 20:5
27:9 43:1 56:5
**happened** 6:16
17:4 18:7
19:18 23:25
29:20,24 37:12
40:9 41:3
48:14 56:8,13
58:15 64:23
67:13
**happening** 18:11
44:4 49:21
**happy** 6:7 15:18
27:4
**harass** 34:2
**harassing** 51:5
**harassment** 67:9
**hard** 25:6 35:17
54:10 57:15
**Hardrick** 1:13
3:7
**head** 5:11
**heard** 25:21,23
46:5,10 47:6
47:25 48:2
66:16
**heart** 18:7,14
20:11,25 35:18
**held** 3:2
**help** 40:23 53:6
53:15,16
**helped** 40:3
44:16,18
**hey** 44:14
**hide** 19:13 37:4
45:21

**high-** 11:5
**history** 50:5
**home** 24:12
38:12 57:1
59:8
**honest** 58:18,20
**honestly** 15:19
18:15
**hotel** 41:2,4,7
43:12
**hour** 42:21
**hours** 23:9
**Howard** 2:4,4
3:17 41:14,25
51:12 60:1
**huge** 35:18
**Human** 1:14
**hurt** 19:8,9 37:7
**husband** 19:10
36:14 37:5,14
38:1,21 39:4,9
40:6,11 44:15
45:13 46:14

─────── **I** ───────
**ID** 68:8
**Identification**
14:11 17:15
31:25 42:10
45:5 51:25
53:13
**imagine** 56:20
**impacted** 66:11
**inappropriate**
46:16
**incident** 17:3
28:5 29:14
30:18 44:12
**incidents** 37:10
**including** 40:20
**inconsistent**
61:13,18
**incorrect** 46:12
**independent**
49:13
**indicate** 66:4
**indicated** 66:10

**individually** 1:8
1:9,11,12,13
**influence** 65:25
**information**
9:12 61:13,14
**initiated** 50:16
**inside** 32:24
35:5 62:19
**insisted** 38:11
**instrumental**
49:23
**insulted** 38:14
**intently** 52:7
**intercourse**
33:23 34:12
**interested** 25:1,2
70:12
**interesting**
25:11 33:13
**interfere** 35:24
55:18
**interferes** 34:6
**interfering** 56:4
**intern** 10:6
**international**
1:7,9 3:4,23
9:15,20 10:11
52:3 71:5 72:2
**interrupt** 26:18
**intertwined** 56:3
**interview** 39:20
47:7 61:14,20
64:18 65:22
**interviewed**
46:19,23,23
**intimate** 21:19
43:5,8 53:18
**investigated**
39:17
**investigation**
40:13 46:20
47:3,4 61:20
64:24 65:2,21
66:24
**investigator**
40:15 47:22

48:7,24
**invited** 38:4
59:11
**Iris** 2:14 3:21
**Isicoff** 2:9 3:20
**Italy** 21:1,11,14
21:21 36:14
**IX** 1:9

___
**J**
**J** 2:4
**jacket** 32:20,22
32:25
**Jaffus** 1:13 3:7
**January** 30:23
31:7 37:23
40:5,19 42:8
**jealous** 36:15,17
37:11
**jobs** 57:15
**joke** 13:8
**jokes** 13:2,4
**July** 1:18 3:11
71:6 72:3
**jumped** 26:12
**June** 4:16 52:13
52:14

___
**K**
**keep** 22:15 23:7
26:6 57:15
**Keller** 10:19,21
10:21
**Kenneth** 1:10
3:6
**kept** 18:6 24:21
25:1 27:1
**Key** 1:17 2:10
3:11
**kind** 11:15 13:14
16:17 21:9
25:20,20,24
27:13 30:10
31:12 32:6
39:20 48:22
57:25
**kisser** 15:21

**kissing** 15:20,20
16:5
**knee** 47:21
**knew** 39:19 44:7
44:13,16
**know** 5:8 6:1,16
8:22 9:9,11
11:23 13:19
16:7,19 18:23
19:11 20:12,15
20:19,22 22:24
23:1,3,7 24:11
24:14 25:8,9
25:14,15,19
26:5 27:1,6,20
27:22,25 29:8
29:9,10 32:7,7
37:2 39:6,11
39:12,14,17
43:24 44:8
45:19 46:18
47:2 48:1,15
51:2 54:5,9,10
54:15 55:16
56:14 57:2,3
57:17 58:18,20
59:20 65:3,6,9
65:12
**knowledge** 8:24
12:6 27:19
28:2 45:15
**known** 11:1 68:8

___
**L**
**l** 72:6,6,6,7,7,7,8
72:8,8,9,9,9,10
72:10,10,11,11
72:11,12,12,12
72:13,13,13,14
72:14,14,15,15
72:15,16,16,16
72:17,17,17,18
72:18,18,19,19
72:19
**language** 25:22
52:3 54:12
**Large** 68:12

70:5
**Larisa** 1:22 2:18
3:9,25 4:7 14:7
32:1,9 52:9
68:3 69:5 71:2
71:6 72:3
**late** 15:18
**laughing** 35:23
**Laura** 16:14,15
**Laurie** 16:15
**Law** 2:4
**learn** 51:23
**learning** 52:6
**Lee** 2:13 3:13
**left** 32:23 33:4
**Lenox** 2:5
**let's** 15:25 61:24
**letters** 66:23
**Levine** 2:4,4,19
3:17,17 6:22
6:25 17:16,19
51:13 60:1,17
60:19 61:8
65:18 67:1
**Levine's** 67:5
**lie** 28:24 62:15
**life** 42:16 49:23
**light** 43:1
**lightly** 19:4
**liked** 27:2 48:9
**likes** 16:18 56:23
**Line** 72:5
**listen** 34:8 47:2
**literature** 16:1
52:5 60:22
**litigation** 50:16
50:21
**little** 19:19,25
**live** 9:9
**lives** 7:20 16:23
19:24 57:14
**living** 8:25 39:25
40:5
**lodged** 62:19
**LOL** 15:21
**long** 4:13 6:8

25:14 35:19
**look** 7:3 14:8,15
18:7 21:10
29:6 33:3 50:1
51:19 52:10
65:5 66:14
**looked** 6:15
32:18 50:12
51:12 61:12
**looking** 63:5
**looks** 26:9
**Lorena** 23:13
24:4,21,23
47:15
**lost** 57:13
**lot** 7:21,22,22
19:7 20:18
24:25 41:8
66:15
**love** 19:1 51:7
57:16
**love-making**
35:19
**loved** 20:9
**lovely** 32:18
**luggage** 44:23
**lunch** 21:17,18
30:23 31:2,4,7
32:18,24 33:4
59:12
**lying** 30:6

___
**M**
**M** 2:9
**major** 60:20
**man** 19:12 26:2
37:3
**manager** 9:1
**Marenco** 8:14
14:7
**mark** 1:8 3:5
14:4 17:9
31:17 42:5
44:25 51:21
53:8
**marked** 14:2,11
17:15 31:16,25

42:4,10 45:5
51:25 52:8
53:13
**marriage** 21:8
44:4,13
**marriages** 57:23
**married** 8:8,10
8:16,17 37:5
37:13,16 59:22
**massage** 43:3
**master's** 9:13
10:10
**material** 13:11
13:24 15:8
**materials** 11:16
**matter** 71:11,17
**McWhorter** 1:9
3:6 47:8,12
48:13 49:3
61:15,19 62:2
62:9,17 63:6
65:21 66:4,9
66:22
**McWhorter's**
67:6
**mean** 14:22 16:6
16:16 36:7
44:18 54:3
59:21 63:3
64:6,7
**meaning** 41:13
**means** 54:5,9,11
54:15
**meant** 28:11
65:7
**medication** 7:25
**meet** 10:23 11:3
59:5
**meetings** 6:24
**mention** 66:22
**mentioned** 32:5
67:6
**mentioning**
30:17
**mentor** 49:4,7
50:1,11 53:19

55:11
**mentors** 49:6,19
49:24
**met** 30:23
**Miami** 1:17 2:6
2:11 3:11 4:11
7:17 9:3 11:6
36:13 43:18
71:3
**MIAMI-DADE**
68:6 72:21
**mighty** 35:19
**mind** 18:11
64:22
**minute** 35:17
**minutes** 5:24
**missing** 18:10
58:12
**mistreated** 58:5
**mom** 44:21
59:11
**mom's** 44:23
**moment** 8:22
30:21 49:9
**Monday** 42:19
**money** 58:13
**Monte's** 31:3,4,7
33:23 34:13
**months** 7:7,15
7:19 59:22
**morning** 23:9
42:23 43:14
**Moscow** 9:23,23
10:9 19:22
60:21
**mother** 21:8
**move** 44:17,18
44:19
**moved** 7:20 40:1
40:7,8,10
44:23
**moving** 26:3,4
27:1,19 40:3

**N**

**N** 1:20 2:15
**naked** 25:25

26:4,20 27:3
47:19
**name** 4:5 8:14
11:24 46:8,8
46:25
**Naples** 9:11
**nasty** 24:9
**necessary** 53:1
**need** 6:6,6 32:17
36:19 44:9
46:3 54:11
66:7
**needed** 41:6
65:3
**neighbor** 40:8
**neither** 48:5,6
**never** 4:21 9:12
27:8 38:24
56:15 57:8
58:6 61:24
63:10
**nevertheless**
33:21
**new** 15:12,13
**nice** 15:2 19:20
47:5
**night** 11:5 15:18
21:24,24 22:7
23:11 29:1
31:9 32:10
41:1 43:2
47:12 56:21
**nod** 5:10
**Nodding** 5:21
**nonstop** 24:8
**normal** 26:15
58:1
**north** 57:14
**Notary** 68:11
69:12 70:4
**notes** 48:1
**notice** 1:24
71:16
**nowadays** 57:25
**number** 3:7
21:22 45:25

60:7 71:7

**O**

**O** 1:19,20,20
**oath** 4:24 53:11
55:4 69:1
**object** 61:7
62:11,12 65:16
65:23
**obligation** 5:1
**obtaining** 10:8
**occasions** 59:10
**occurred** 43:24
**Ocean** 9:3
**October** 14:7,13
17:1
**offend** 33:8
**offered** 44:22
**office** 1:10 3:22
65:1 71:12
**Officer** 1:12
**Offices** 2:4
**official** 10:5
11:24 69:7
**oh** 9:19 23:7
29:8,11 31:4
32:3 46:25
57:4,5 62:4
**okay** 3:3 5:9,14
5:20 6:10,13
6:24 7:5,18 8:8
8:19 10:16
12:5,9 13:6
17:19 19:8
22:1,4,14,20
23:13,25 24:10
24:10 25:18
26:8 28:4
32:15 33:19,25
34:4,10,18
35:1,4,10,14
36:12 37:17
39:19,22 41:19
47:11 50:11,24
51:21 52:22
54:2,14 55:4,9
56:18 58:3

59:15 60:15
64:13 67:14
**Oliver** 2:13 3:13
**once** 8:13 21:18
36:13 37:4
45:16
**one's** 49:23
**one-on-one**
41:13
**ones** 15:13
**open** 27:22
45:20
**opened** 24:16,16
24:18
**Operating** 1:12
**opinion** 25:3
**opportunity**
1:10 65:15
**orgasm** 34:15,18
34:19 35:9,11
35:17
**original** 71:15
**osteria** 22:23,25
**outcome** 70:13
**outside** 24:9
33:23 34:12
**overheated**
15:17

**P**

**P** 1:19,20
**p.m** 1:18,18 3:12
67:20
**page** 2:21,21,22
2:22,23,23,24
18:21 31:20,23
34:25 52:10
72:5
**Pages** 71:7
**paid** 12:3,7
**pants** 27:16,18
27:22,25
**paragraph** 35:2
35:3 53:17
**parking** 5:25 6:2
58:13
**part** 18:24 22:5

55:9
**participants**
43:4
**parties** 71:16
**party** 71:16
**passed** 29:11
**pause** 65:14
**pay** 5:25
**paying** 58:12
**penalties** 72:22
**penalty** 5:2,5
**pending** 6:8,9
**penetration**
28:12
**penis** 28:13
**people** 22:21,24
38:9,10 39:21
40:20 44:7
46:24,25
**period** 10:8,11
**perjury** 5:2,5
72:22
**person** 12:21
18:9 19:9
41:14,21 48:20
56:20
**personal** 27:7
55:17 57:12
60:9
**personally** 10:24
68:8 69:5
**philology** 16:1
60:22
**phone** 41:22,23
45:25 60:1,4,9
60:11
**photography**
25:5
**phrase** 54:16
**physical** 43:1
**physically** 43:4,8
53:18
**pick** 44:22
**piggy** 15:20 16:4
**place** 3:10 16:21
19:25

places 37:21
plaintiff 1:5 2:3
  3:18
plan 30:1
planning 30:5
please 4:6 25:22
  34:8 54:7
  71:11
point 13:11 25:2
  26:17 34:22,24
  38:20 39:3
  54:7 58:9,10
  58:11 63:17
police 46:1
polite 25:7
posing 29:25
position 12:2,3
  49:11
possible 6:5
possibly 42:22
postulation 54:3
  54:6,9
pounding 35:18
poured 24:18,19
preface 32:16,17
prepare 6:14
prepared 52:19
  61:18
present 2:12
  3:21
presentation
  11:15 24:23
President 1:8,11
  1:14
pretending
  26:17
pretends 56:24
pretty 15:21
prevent 33:9
previously 8:10
pride 60:23
prior 7:12 21:14
  71:15
probably 6:3 9:8
  18:10 31:12
  32:5 44:3

57:22
problems 20:18
  20:21
proceed 71:15
proceedings 3:1
process 4:22
professional
  12:11,18 15:23
  25:3 33:2,9
  34:6 35:22,24
  36:6,9 40:17
  49:1 53:22
  55:6,11,18,22
professionally
  51:19 56:2,21
professionals
  36:2,5,8
professor 26:21
  49:12
professors 21:22
  22:6
program 10:10
Programs 1:10
project 11:10,13
  11:20 12:3
projected 64:20
prompt 71:17
prose 61:5
protect 58:9
protecting 58:7
proud 49:17
proverb 54:16
provide 54:19
provided 53:22
  54:22 55:12
  61:14
providing 55:3
Provost 1:11
public 1:7 68:11
  69:12 70:5
published 49:17
purchases 38:4
pure 16:25
purpose 56:1
Pursuant 1:24
push 46:2

pushed 26:13
  29:5 38:17
  56:9,23
pushes 27:12
pushing 66:2
put 16:19 41:5
  56:1
puzzle 65:3

_____

Q
quality 61:2
question 5:17,19
  6:8,9 12:16
  14:16 18:23
  26:23 27:5,7
  34:9,9 36:1,1,4
  36:4,10,11
  37:9,10 47:13
  50:18 54:8,21
  61:16 62:1
  65:12 66:8
questions 5:15
  8:1 18:19
  60:17 66:15
  67:5
quick 6:5
quite 7:20 8:6
  13:25 22:12
  47:4
quote 66:6,7

_____

R
Ragatz 2:8,9,18
  3:19,19,20 4:4
  9:19,21 17:18
  58:23 59:4
  60:15 61:7
  62:11 65:14,23
  67:2,4,14
raining 24:8
raised 4:23
read 11:23 14:23
  15:2,13,13
  16:10 17:23
  18:5,24 28:21
  28:22 32:11,13
  32:14 33:15,17

38:21 39:4
  49:7,9,12
  67:10 72:22
reading 18:6
  42:24 71:7,11
  71:14
ready 35:18
real 57:16
realize 16:16
  58:16
really 13:5,15
  16:3 17:25
  18:4,15 20:12
  20:24 22:15
  23:3 24:8,8
  25:1,10 26:1,7
  29:6 33:13
  34:21 41:5,24
  43:22 44:8,12
  48:13 49:19,20
  55:14 58:15
realtor 10:13,18
Realty 10:19,22
reason 18:4 24:3
  36:18,19,20
  72:5
recall 27:24
  30:24 42:12
  53:2 60:25
  62:2,5,17
  63:12 64:2,3
  64:11
receive 71:13
received 10:14
  67:8
receiving 14:16
recess 59:1
recollection
  38:19
recommendati...
  37:22
record 3:15 4:5
  58:25 59:3
  67:18 70:8
recounting
  32:15

ReDirect 2:17
  67:3
referred 14:10
  17:14 31:24
  42:9 45:4
  51:24 53:12
referring 13:19
  20:17,24 22:2
  22:3 37:15
  42:20 45:14
  47:9 61:25
  64:23
reflection 61:6
regarding 61:2
rejected 56:10
  56:16
related 17:24
  55:21 70:11
relating 64:18
relationship
  12:10,12,14,17
  17:1 33:2 34:6
  35:24 36:6
  40:16 48:25
  53:18,22 55:5
  55:11,18 66:5
  66:11
remarried 59:16
  59:18
remember 7:14
  8:6,7 11:17
  13:7,8,10,13
  13:15,17,25
  14:9,16,18
  15:9 16:6,8,16
  17:13,20,22
  18:1,16 20:10
  20:12,24 21:25
  22:12,19,22
  23:22,24 24:19
  24:20 26:10
  28:23 29:8,16
  29:18,24 30:9
  30:10 31:1,2,6
  32:5 33:12
  36:23 38:23,25

39:2,3,16 40:7
41:16,24 44:1
46:17 57:5
61:22 62:24
63:5,15 66:13
66:18
**remembered**
29:10
**remove** 29:2
63:18,19
**removed** 64:2
**repeat** 5:16
61:16 66:8
**rephrase** 5:16
12:16 50:18
54:21 63:15
**report** 63:6 66:1
67:7,10 70:7
**reported** 66:1
**reporter** 3:15
5:11 69:11
70:4,18 71:21
**REPORTER'S**
70:1
**reporting** 30:8
**represent** 3:18
**represented** 6:20
**request** 31:21
32:3 41:15
**requested** 41:17
**resided** 4:13
**Resources** 1:14
**respect** 52:20
**respond** 5:10 8:1
**responded** 13:22
48:5,6,9 62:10
**responds** 26:6
**response** 18:22
42:1 67:5
**responses** 5:9
**restaurant** 9:1,4
**result** 43:3 49:19
**retelling** 31:15
33:25
**returned** 30:22
**returning** 36:14

**revealed** 32:22
**reviewed** 67:6
**rewarding** 49:19
**ride** 38:3
**ridiculous** 51:1
55:20
**Rifkind** 11:23
49:25 50:3,8
**right** 4:20,25 5:3
9:17 11:10,20
12:18 14:2
16:12,14 21:2
22:8,11,18
23:11 24:24,24
26:25 29:15
32:3 33:21,24
34:13 35:9,12
35:13 37:7,12
38:12,22 39:10
39:20 40:8,18
40:21 41:17
45:18 46:21
47:13,19,24
48:5 50:17,22
67:14
**rise** 11:6
**Rivera** 22:9,14
23:1,17,21
28:4,25 29:22
47:19 48:8,14
50:17,22 52:24
56:15
**Rivera's** 46:20
61:20
**romantic** 12:12
12:13,15,24,25
19:12 37:3,15
37:17 66:18
**Rome** 16:21
**room** 41:2,7
44:10
**roommate** 15:21
16:4,7,7 26:20
**Rosenberg** 1:8
3:5
**rules** 4:21

**rumor** 66:14
**rumors** 58:21
**run** 44:10,14
**Russia** 52:1
**Russians** 19:21

---

**S**

**S** 1:20 2:20
**S-H-E-R-B-A-...**
4:8
**Sally** 3:15 69:11
70:4,18 71:21
**Savannah** 40:20
40:23 41:1
42:20 43:25
**saw** 7:7,14 21:8
24:14 27:19
28:8,10,14,17
29:4 38:8
47:23 48:18,19
51:5 55:7 56:4
56:5 57:2,10
58:5 62:3,6,10
63:10,11 66:1
**SAYETH** 68:1
**saying** 12:25
14:13 15:11
20:16,16,22
25:8,21 35:15
45:23 46:8,25
57:1
**says** 26:10 32:16
35:3 55:10
56:23
**school** 10:25
46:4,6,6 52:2
**Schriner** 1:12
3:7 45:1,9
**scream** 46:8
**screaming** 46:7
46:15
**Seal** 69:7
**searching** 31:12
**second** 10:25
18:21 19:21
31:20,23 47:5
**second-to-the-...**

52:10
**see** 7:16 15:15
16:13 18:11,18
19:1,5,14,15
25:25 26:1,5
26:20,24 28:12
31:22 35:6,10
35:20 36:7,7
42:17 43:6,19
47:18,23 48:4
55:24 58:2
62:25,25
**seeing** 20:15
32:21 61:22
**seen** 7:18 11:1
28:13,13 56:7
56:8 64:14,15
64:16
**self-employed**
10:17
**semester** 21:2,5
21:12 50:5
**send** 14:23 15:7
50:7
**sending** 17:13
46:16
**senses** 27:13
**sent** 13:10 31:7
31:18 41:14,15
41:25 51:14
**September** 71:7
**session** 35:19
**seven** 7:7,15,18
**sex** 28:8,12,14
**sexual** 13:4,8
32:11 66:2
67:9
**sexually** 13:11
13:24,25 15:7
15:9 21:19
29:23 50:7
51:4
**sexy** 32:21 33:4
50:12
**shade** 32:19
**shake** 5:10

**shaken** 29:20
**SHEET** 67:24
72:1
**Sherbakova**
1:22 2:18 3:9
3:25 4:7 52:9
68:3 69:5 71:2
71:6,9 72:3
**Shirlyon** 1:9 3:6
47:8 48:1,12
62:8 63:6 67:6
**Shirlyon's** 64:25
**shirt** 32:20
**shit** 19:10 37:1
**shock** 41:5
**shocked** 43:13
44:3
**short** 5:23
**shortly** 30:22
**show** 14:2 17:9
31:16 42:4
**showed** 38:6
67:12
**side** 25:20
**sideways** 25:25
**signature** 52:11
**signed** 7:2 51:9
52:13
**signing** 71:11,14
**Sincerely** 71:19
**sinking** 57:23
**sister** 20:18,18
**sit** 58:6
**sitting** 25:13
41:5 56:11
**situation** 20:17
20:23 27:8,9
30:13 40:3
**skimmed** 33:18
**sleep** 26:16,17
56:24
**sleeping** 24:24
25:12 26:3
47:14,15 48:21
**slip** 32:24
**small** 35:2

smaller 22:20
smile 13:2
smiling 56:22
software 11:15
  11:15
somebody 33:1
  36:6
sorry 9:19,19
  17:12,21 18:1
  18:8,9 20:13
  27:7 31:19
  45:8,13 49:20
  57:1,2,11
  63:24,24
South 19:24
SOUTHERN
  1:1
specialty 52:4
specify 64:9
speculation
  62:13 65:24
speculative
  65:11
spend 14:22
spending 23:11
spent 21:11 41:1
  42:20
spied 44:15
spoken 60:1,4
spying 39:1,7
  43:17
SS 68:5 69:2
  70:2
stand 26:1
standing 26:6
STARK 69:11
  70:4,18 71:21
start 10:3 27:11
  35:2 55:16
started 10:6,7,24
  24:23 29:5,25
  38:14 43:2
  46:25 52:4,6
starting 10:5
starts 15:11
  31:19,20 32:1

32:9 45:23
  47:3
state 3:14 4:5
  9:23 10:9
  45:12 68:5,12
  69:2,12 70:2,5
  72:20
stated 47:23
  63:2,4 66:13
statement 40:12
  56:2 62:16
  67:8
statements
  52:23 53:10
states 1:1 42:19
  53:17
status 58:19
stay 25:4 41:7
  43:12
steamy 15:14
stenographica...
  70:7
step 21:9 25:6
stepped 56:6
steps 50:20
stole 31:11 39:6
stood 47:23,25
  48:3
stop 32:12,13
  56:9
stories 16:22
  17:25 33:6
story 14:20 15:3
  15:5 30:11
strictly 40:16
  48:25 53:21
  55:5,11
stronger 17:5
student 23:16
students 21:22
  22:6 23:10,13
  40:24 58:17
  66:17
studio 11:4
Studios 11:6
study 7:22 49:13

52:2
studying 16:2
stuff 32:12 43:1
  43:5,8
stupid 26:7
  58:21
styled 3:4
subject 17:11
  31:21 32:2
  72:23
subscribed 68:7
subset 22:20
substance 72:23
succeeding
  28:13
sudden 30:1
  57:4
suddenly 29:10
suggest 42:22
  71:12
suit 70:12
suitable 71:13
Suite 2:5,10
summary 61:22
sun 32:19
Sunday 31:7
  43:2
supervisor 11:20
  11:21
supervisors
  11:24
supplement 54:1
supplemental
  53:8
support 41:6
sure 8:22 9:17
  10:6,13 11:21
  11:25 12:17
  13:18 15:21
  24:16 33:7
  43:16,19 50:19
  54:22
surprised 48:13
Susana 16:13,13
suspicion 18:6
suspicious 36:15

36:16 37:11
sustainable 11:5
swear 3:16
sworn 4:1 68:7
  69:6
system 58:16

————————
          T
————————
T 1:19,20 2:20
take 6:6,7,10
  14:8 33:15,16
  33:17 51:3
  54:13 58:23
  60:23
taken 1:24 4:17
  16:21 50:20
  59:1 71:6 72:3
talk 24:9
talked 24:25
  28:4 41:19
talking 10:24
  18:25 24:21
  25:1,7 27:11
  30:8 32:2 47:7
  48:18 49:10
  56:21
talks 35:8
tampon 29:1,11
  57:6 62:19,25
  63:8,11,13,14
  63:18,21,24
  64:2,4
tampons 64:16
taught 58:17,17
teacher 11:7
teaching 50:5
  57:17,19
teapot 54:15
telephone 60:7
  71:12
tell 4:24 5:2,4
  14:8 18:15
  28:17 30:7
  32:10 33:3
  38:1 50:12
  63:16 64:1
telling 32:17

42:14 65:10
tempest 54:14
template 51:20
  52:20
Teresa 2:8 3:19
term 54:14
terrible 28:20
  57:2
terrified 41:7
  44:19
testified 4:2
  64:17 66:1
testimony 27:10
  28:11 51:3
  52:18 55:4
  65:5 65:20
  66:21 70:8
text 15:11 51:8
texted 7:8,10
texting 7:12
texts 18:5 38:21
Thank 9:20 59:5
  67:16,17
thereof 70:13
thing 10:17
  25:15,19 28:21
  47:3
things 18:10
  44:22 66:17
think 5:22,24
  6:5 8:6 10:14
  10:17 11:4
  13:9 14:25
  15:24 17:24
  20:3,11 21:18
  22:12 24:15,16
  24:17,19 25:13
  26:16 28:22
  29:19,25 30:17
  30:19,20 31:4
  33:2 36:7
  37:14 39:16
  40:8 41:25
  44:1,16 45:15
  45:18 46:2
  49:25 51:12

56:3 57:5 61:3
62:24 64:15
67:12
**thinking** 43:16
61:6
**third** 10:25
**thought** 18:22
18:25 21:9
32:17,20 45:19
46:10 66:5,10
**threatening** 41:4
43:11
**three** 6:17 7:8,10
7:12 15:13
49:14 57:15
**threw** 63:7,8
64:6,7,10,12
**thrown** 64:13
**ticket** 38:4
**time** 3:12 4:19
7:5,11 9:6 10:8
10:11 13:11
14:22 21:11
25:15 29:10
31:5 33:15,17
38:20 39:25
41:19 48:18
54:13 57:20,21
57:23 71:10
**times** 8:12
**tired** 24:22
63:25
**Title** 1:9
**today** 5:23 6:14
7:25 41:12
55:4 60:2,5
61:12 66:24
**toilet** 28:18 64:8
**told** 9:10 19:18
19:23 20:8,23
28:8,10,25
29:3,3,4,22
30:5,10 32:4
40:1,15 44:2
47:12,18,22
48:1,7,12,16

48:24 49:3
56:15 61:19
62:6,18,24
63:12,13,17,19
64:7,8
**top** 25:25 26:4
26:21 27:1
29:4 31:20,23
47:19
**totally** 32:23
35:17
**touch** 57:13,15
**touched** 33:20
**touching** 33:10
**towns** 19:25
**track** 22:16 23:7
**transcribe** 5:11
**transcript** 70:8
71:10,13,15
72:4,23
**trash** 63:2 64:13
**travel** 40:23
**traveled** 40:19
49:13
**traveling** 16:20
**travels** 7:21
**tried** 46:1,2
**trip** 19:12 37:3
37:12,17 44:6
44:7 66:18
**trips** 37:16
**trouble** 45:13
46:1
**troubled** 42:15
**troubles** 19:4
**truck** 44:22
**true** 28:20 29:2
30:4 40:25
41:6 45:19
48:12 53:14
55:14,15 57:11
58:22 67:25
70:8 72:23
**Trustees** 1:7 3:5
71:5 72:2
**truth** 4:24 5:2,5

18:15 65:10
**try** 5:13,17 6:4
45:24
**trying** 7:22
28:15,15 29:7
30:19 65:8
66:20
**turned** 25:25
**two** 4:14 6:16
16:23 19:5
23:9 33:22
37:13 41:16
43:25 56:12
67:12
**type** 10:17 15:22

— U —

**U.S** 8:5
**uh-huh** 5:6,10
15:16 26:19,22
42:11 43:7
45:6 52:15
**uncomfortable**
15:25 42:22
**undergrad** 9:22
**undergraduate**
10:9
**underneath**
32:21
**undersigned**
69:4
**understand** 4:23
5:1,4,15,18 8:1
19:3 58:8 65:7
**understood** 5:20
12:23
**unfair** 17:7 56:5
58:15
**unfortunately**
17:22 31:10
**UNITED** 1:1
**university** 1:7,9
3:5,23 9:14,15
9:23 10:11
45:21 49:22
51:6 60:21
71:5 72:2

**untrue** 51:5 65:9
**unusual** 4:19
**unzipped** 27:21
**upset** 43:24 44:2
44:10 48:16,16
48:19
**upstairs** 24:5
**Urban** 11:6
**use** 24:4,6 54:11
**usually** 11:25
16:17,19 40:22
49:18,22 52:1
54:11

— V —

**v** 1:19 61:18
**verge** 35:16
**verified** 9:12
**verify** 52:24
**versus** 3:4 61:1
**Vice** 1:11,13
**videographer**
2:13 3:3,13
58:25 59:2
67:18
**videotaped** 3:8
**view** 25:2 26:17
**violent** 38:16
40:1,3 45:16
**visit** 7:8 20:1
**vs** 1:6 71:5 72:2

— W —

**wake** 26:20
**wakes** 27:11
**waking** 25:20
**want** 5:17 25:21
32:11 38:5
43:12 48:2,2
**wanted** 19:20,22
19:23 32:24
48:22 56:9
**wants** 48:22
**way** 13:9 17:2
19:2 29:6,7
31:12 34:2
48:15 50:15

51:19 53:20
56:4 57:6,14
**we'll** 6:10 31:17
42:5
**we're** 57:7 59:2
**we've** 14:2
**weak** 52:3
**wearing** 27:16
32:20
**weather** 24:7
**Wednesday** 42:8
**week** 41:15
**weeks** 7:8,10,12
41:16
**went** 20:5 21:1
21:18,22 22:6
22:21,22 23:10
24:3 26:17
29:14 37:12,20
37:23 44:5,7
63:1,9 66:18
**weren't** 59:24
**West** 4:11 71:2
**white** 18:6
**wife** 59:13
**Williams** 10:19
10:21,21
**willing** 53:10
**wine** 22:13
**wish** 15:19
**witness** 2:17
3:16 4:1 17:4
51:3 67:17
69:7 70:9
**witnessing** 17:6
**woke** 35:15,17
42:19 47:18,20
48:19
**woman** 35:11,12
49:12
**wonderful** 32:23
49:15
**word** 54:3,5,9,10
**words** 46:7
53:24
**work** 7:22 10:7

11:16 58:12 60:11 65:8
**working** 44:13
**worth** 19:6
**write** 16:16 36:21 46:3,11 54:13,13 72:4
**writer** 16:2,18
**writing** 15:18 16:9,22 33:6 34:3 61:2,4
**written** 6:15 13:20,21 18:5 60:23
**wrote** 14:21 17:25 34:1 37:8 45:1,3 49:16 50:12,25 51:8,10 53:14 53:15,16 55:23 55:24 56:6 61:23

**X**

**X** 2:15,20

**Y**

**Yannuzzi** 2:9 3:20 9:18
**yeah** 9:16 24:17 27:13 28:6 36:25 38:19 40:4 47:20 54:16 64:15
**year** 10:25,25 11:2 41:23 42:2
**years** 4:14 6:16 6:17 13:7 16:2 37:6,13 56:12 67:12
**Young** 37:24 39:8 40:9

**Z**

**zipped** 27:23

**0**

**1**

**1** 2:21 14:3,4,11 17:11 36:22 71:1,7
**1:16-cv-24939...** 1:2 3:8
**1035** 4:11 71:2
**1099** 10:14
**11** 37:23
**12** 8:7
**12th** 21:21
**13** 2:22 8:7 42:4 42:6,10
**14** 2:21 10:6
**15** 52:10
**1560** 2:5
**17** 2:21 52:6
**1986** 4:16
**1st** 69:8 70:14

**2**

**2** 2:21 17:10,15 30:23 36:24
**20** 5:24
**2000** 52:6
**2008** 37:14
**2009** 8:17
**2011** 8:7
**2013** 10:6
**2014** 10:24 12:10 14:7 17:2,2,11 21:2 21:22
**2015** 8:18 9:8 10:5 30:23 37:23 40:5,19 42:8 45:2
**2016** 52:13,14
**2018** 1:18 3:12 68:7 69:8 70:14 71:1,6,7 72:3
**20th** 52:14
**23** 14:7,14
**23rd** 17:1

**24** 1:18 3:11 71:6 72:3
**28th** 42:8

**3**

**3** 5:24
**3:01** 1:18 3:12
**30** 4:16 45:2
**307** 2:5
**31** 2:22
**33131** 2:11
**33139** 2:6 4:12 71:3
**36** 2:23 44:25 45:5
**37** 2:23 51:22,25 52:8
**38** 2:24 53:8,13 54:1

**4**

**4** 2:18
**4:11** 58:25
**4:21** 59:3
**4:31** 1:18 67:18 67:20
**403** 4:11 71:3
**42** 2:22
**45** 2:23
**4th** 31:7

**5**

**5-13-2020** 69:13
**51** 2:23
**53** 2:24
**55** 53:17,25

**6**

**60** 2:19
**601** 1:17 2:10 3:10
**67** 2:18

**7**

**72** 71:7
**750** 2:10
**786-298-3556**

60:8

**8**

**9**

**9** 2:22 31:17,18 31:25
**911** 45:25
**976823** 69:12