*EXHIBIT "A"*

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-24939-KMW

ADAM DRISIN,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, a public body corporate; MARK B. ROSENBERG, individually and in his capacity as President of Florida International University; SHIRLYON MCWHORTER individually and in her capacity as Title IX Coordinator and Director of the Office of Equal Opportunity Programs and Diversity; KENNETH FURTON; individually and in his capacity as Provost Executive Vice President & Chief Operating Officer; BRIAN SCHRINER, individually and in his capacity as Dean, College of Architecture + The Arts; and JAFFUS HARDRICK, individually and in his capacity as Vice President for Human Resources,

    Defendants.

        601 Brickell Key Drive
        Miami, Florida
        July 24, 2018
        9:40 a.m. - 12:48 p.m.

V I D E O T A P E D

D E P O S I T I O N

OF

ADAM DRISIN

Taken on Behalf of the Defendant
Pursuant to Notice of Taking Deposition

Page 8

```
 1     A.   Four months ago.
 2     Q.   And what is your wife's maiden name?
 3     A.   It's a Polish name.  It's impossible to
 4   pronounce.
 5     Q.   Can you spell it for me?
 6     A.   Iwozyiak.
 7     Q.   Okay.
 8     A.   I-W-O-Z-Y-I-A-K.
 9     Q.   Have you previously been married?
10     A.   Yes.
11     Q.   How many times?
12     A.   Once.
13     Q.   And what is your ex-wife's name?
14     A.   Rebecca Seaman.
15     Q.   When were you married the first time?
16     A.   2004.
17     Q.   Now, your ex-wife, Rebecca Seaman, filed for
18   divorce in Broward County Circuit Court on September 4
19   of 2015; is that correct?
20     A.   Yes.
21     Q.   Do you have any children?
22     A.   No.
23     Q.   Okay.  Can you tell us just briefly your
24   educational background?
25     A.   Sure.  I have a bachelor's of architecture
```

 1   from Cornell University and a master's of design
 2   studies from Harvard University.
 3        Q.   When did you obtain your bachelor's?
 4        A.   1985.
 5        Q.   And your master's?
 6        A.   I think it was 1997.
 7        Q.   Can you go through your employment since you
 8   obtained your master's degree in 1997?
 9        A.   A professor at Harvard University, professor
10   at the University of Tennessee, and a professor at
11   Florida International University.
12        Q.   When did you start work at FIU?
13        A.   2004.
14        Q.   So you worked at FIU for, what, approximately
15   11 years?
16        A.   2004 through my termination, yes.
17        Q.   Which was in 2016?
18        A.   Correct.
19        Q.   Now, when you started at Florida International
20   University in 2004, you came in as a tenured associate
21   professor and as director of the architecture program,
22   correct?
23        A.   Correct.
24        Q.   And then in 2011, you were named as associate
25   dean of the College of Architecture + the Arts?

1   A.   I just sort of decided that my life was
2   relatively in order again and I didn't want to be on
3   medication.
4   Q.   So did you take yourself off those
5   medications, or did you do it under the care of
6   Dr. Stevenson?
7   A.   I think I consulted with her and she told me
8   to taper it slowly, and that was the extent of the
9   discussion.
10  Q.   Okay.  Are you presently employed?
11  A.   Yes.
12  Q.   What do you do?
13  A.   Well, I'm an architect by training.  I have an
14  architectural firm, and I consult with another
15  business.
16  Q.   You have your own architecture firm?
17  A.   Yes.
18  Q.   What is it called?
19  A.   Adam Drisin, P.A. -- sorry, Adam Drisin,
20  Architect, P.A.
21  Q.   And when you say you consult for another
22  business, what business?
23  A.   Triple A Architectural Fabricators.
24  Q.   Where is that located?
25  A.   In Deerfield Beach.

 1     Q.   Your firm, Adam Drisin, Architect, P.A., do
 2  you have an office?
 3     A.   In my home.
 4     Q.   What has been your employment, if any, since
 5  your departure from FIU?
 6     A.   That's it, my own business.
 7     Q.   Okay.
 8     A.   I applied for, I think, two-hundred-plus jobs
 9  and didn't get any.
10     Q.   When did you start your own architecture firm?
11     A.   Well, I have had a firm for -- since 1988, but
12  while I was teaching, it was essentially inactive.
13     Q.   And after you stopped teaching, you activated
14  it?
15     A.   Yeah.
16     Q.   And when did you start consulting with Triple
17  A Architectural Fabricators in Deerfield?
18     A.   About a year and a half ago.
19     Q.   What do you do for them?
20     A.   I manage the fabrication and delivery of
21  structural steel for buildings.
22     Q.   Are you an employee?
23     A.   I'm a consultant.
24     Q.   An independent contractor?
25     A.   Yes.

```
 1      Q.   Do you have a contract?
 2      A.   No.
 3      Q.   How are you paid?
 4      A.   Triple A Architectural Fabricators pays Adam
 5   Drisin, P.A.
 6      Q.   And do they pay you hourly, by job, or a
 7   regular salary?
 8      A.   It's not a salary, but I get paid generally
 9   monthly.
10      Q.   Are you paid a particular consulting fee
11   monthly that remains the same regardless of how much
12   you work?
13      A.   Generally, yeah.
14      Q.   How much are you making from Triple A
15   Architectural Fabricators?
16      A.   I would have to look at my records, but I
17   think it's -- I want to say it is about 15,000 a month.
18      Q.   You mentioned that you applied to numerous
19   jobs.
20           Did you receive any job offers?
21      A.   No.  I was very close to getting a number of
22   deanships and then when, you know, when the court
23   case -- when Andrea Rivera's case against me came out
24   and there was an article, everybody just backed away.
25      Q.   So your answer is, no, you haven't received
```