UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-24939-CIV-WILLIAMS

ADAM DRISIN,

    Plaintiff,

vs.

THE FLORIDA INT'L UNIVERSITY
BOARD OF TRUSTEES, *et al.*,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court following the entry of an order granting Defendants' motion for summary judgment (DE 86). Accordingly, pursuant to Federal Rule of Civil Procedure 58(a), it is **ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants Jaffus Hardrick, Shirlyon McWhorter, Brian Schriner, and The Florida International University Board of Trustees and against Plaintiff Adam Drisin. Plaintiff shall take nothing from his claims.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 20th day of January 2019.

                                      KATHLEEN M. WILLIAMS
                                      UNITED STATES DISTRICT JUDGE